# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>POURHASSAN, *et al.*,<br><br>       Defendants. | Criminal No. PX-22-440 |

## NOTICE OF APPEARANCE

Please enter the appearance of Benjamin A. O'Neil of McGuireWoods LLP, as counsel for Defendant Kazem Kazempour, in the above-captioned matter.

Dated: December 30, 2022

Respectfully submitted,

*/s/ Benjamin A. O'Neil*
Benjamin A. O'Neil (Fed. Bar No. 29078)
**McGuireWoods LLP**
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-2466
Fax: (202) 828-2966
boneil@mcguirewoods.com

*Counsel for Defendant*
*Kazem Kazempour*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on December 30, 2022, a copy of the foregoing Notice of Appearance was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Benjamin A. O'Neil*
Benjamin A. O'Neil
