IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>POURHASSAN, *et al.*,<br><br>             Defendants. | Criminal No. PX-22-440 |

### NOTICE OF APPEARANCE

Please enter the appearance of Caroline Schmidt Burton (admitted as "Caroline Susan Schmidt") of McGuireWoods LLP, as counsel for Defendant Kazem Kazempour, in the above-captioned matter.

Dated: December 30, 2022              Respectfully submitted,

/s/ *Caroline Schmidt Burton*
Caroline Schmidt Burton (Fed. Bar No. 13303)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: (804) 775-7651
Fax: (804) 698-2049
cburton@mcguirewoods.com

*Counsel for Defendant*
*Kazem Kazempour*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2022, a copy of the foregoing Notice of Appearance was electronically filed and served on all counsel of record via the Court's CM/ECF system.

                                       */s/ Caroline Schmidt Burton*
                                       Caroline Schmidt Burton