=================================================================

# UNITED STATES DISTRICT COURT
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| : | |
| **v.** : | Case No. PX-22-0440 |
| : | |
| **NADER POURHASSAN,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Nader Pourhassan. I certify that I am admitted to practice in this court.


<u>January 23, 2022</u>           <u>    /s/     </u>
Date                 KATHERINE TANG NEWBERGER (#27803)
                    First Assistant Federal Public Defender
                    Office of the Federal Public Defender
                    100 South Charles Street
                    Tower II, 9th Floor
                    Baltimore, Maryland 21201
                    Ph: (410) 962-3962
                    Fax: (410) 962-3976
                    Katherine_Newberger@fd.org