**McGuireWoods**

**McGuireWoods LLP**
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**Benjamin A. O'Neil**
Direct: 202.857.2466
boneil@mcgjuirewoods.com
Fax: 202.828.2966

January 23, 2023

**VIA CM/ECF**

The Honorable Paula Xinis, District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

      **Re:** *Stay of Pending Motions Deadline in 8:22-cr-00440-PX*

Dear Judge Xinis:

      Undersigned counsel for defendant Kazem Kazempour respectfully seeks a stay of the pending pre-trial motions deadline, currently set for Wednesday, January 25, 2023.  Counsel has conferred with counsel for the United States, and they do not object to this request.  The parties agree that the deadline will be reset for a later date, as determined appropriate by the Court.  Thank you.

      Respectfully,

      /s/

Benjamin A. O'Neil (Fed. Bar No. 29078)
**MCGUIREWOODS LLP**
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-2466
Fax: (202) 828-2966
boneil@mcguirewoods.com

Counsel for Kazem Kazempour