# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. PX-22-440 |
| NADAR POURHASSAN, et al., , | |
| Defendants. | |

## PRETRIAL SCHEDULING ORDER

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| July 25, 2023 | Defendants to supplement/add motions to suppress and other pretrial motions |
| August 15, 2023 | Government's Omnibus Response due |
| August 29, 2023 | Replies due |
| September 26, 2023, 1:00 p.m. | Motions Hearing |
| February 19, 2024 | Motions *in Limine* due |
| March 4, 2024 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov |
| | (Government responsible for filing; Defendants to indicate proposed changes in redline format.) |
| | Government to provide Jencks and Giglio to Defendants |
| March 11, 2024 at 10:00 a.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| March 25, 2024 | Trial begins.  Expected length: 10 days |

Dated: May 23, 2023                                    _____/S/_____
                                                       Paula Xinis
                                                       United States District Judge