# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NADER POURHASSAN and<br>KAZEM KAZEMPOUR,<br><br>Defendants. | CASE NO: PX-22-440 |

Having considered the grounds advanced in the Government's Motion to Exclude Time Under the Speedy Trial Act, and good cause having been shown in support of the relief requested by this motion, the Court, on this  10th  day of July, 2023, hereby makes the following findings of fact: the Court finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interest of the public and the defendant in a speedy trial, inasmuch as the parties need a longer period than is normally afforded under the federal Speedy Trial Act for conduct of plea discussions and pre-trial preparation in the event that no agreement is reached upon a plea.

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time between May 23, 2023 and March 25, 2024, shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161, in this case.

/S/
_____
Hon. Paula Xinis
United States District Judge

1