# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**United States of America,**                         *

                                                     *

    **v.**                                           *     **Case No.**  8:22-cr-00440-PX

                                                     *

Kazem Kazempour

    **Defendant.**                                    *

## MOTION FOR ADMISSION PRO HAC VICE

I, Benjamin A. O'Neil , am a member in good standing of the bar of this

Court.  I am moving the admission of Kathryn M. Barber

to appear pro hac vice in this case as counsel for Defendant Kazem Kazempour .

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following
State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Virginia - 10/30/2015 | Please see attached sheet. |
| | |
| | |
| | |

2.  The proposed admittee has never been disbarred, suspended, or denied admission to
practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been
disbarred, suspended, or denied admission to practice law in any jurisdiction, then
he/she must submit a statement fully explaining all relevant facts.)

3.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the
Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4.  The proposed admittee understands admission pro hac vice is for this case only and
does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or ___Caroline Schmidt Burton___,
   is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. **The $100.00 fee for admission pro hac vice accompanies this motion.**

7. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_____/s/_____
Signature

Benjamin A. O'Neil / Fed. Bar No. 29078
Printed name and bar number

McGuireWoods LLP
Office name

888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Address

boneil@mcguirewoods.com
Email Address

(202) 857-2466
Telephone number

(202) 828-2966
Fax Number

PROPOSED ADMITTEE

_____/s/_____   (signed by Benjamin A. O'Neil with permission of Kathryn M. Barber)
Signature

Kathryn M. Barber / Virginia Bar No. 88992
Printed name and bar number

McGuireWoods LLP
Office name

800 East Canal Street
Gateway Plaza
Richmond, VA 23219
Address

kbarber@mcguirewoods.com
Email Address

(804) 775-1227
Telephone number

(804) 698-2227
Fax Number

**Attachment to Motion for Admission Pro Hac Vice**
**U.S. Court Admissions of Kathryn M. Barber**

| Court | Date of Admission |
| --- | --- |
| U.S. District Court for the Eastern District of Virginia | 12/13/2017 |
| U.S. Court of Appeals for the 3rd Circuit | 10/12/2021 |
| U.S. Court of Appeals for the 4th Circuit | 10/19/2020 |
| U.S. Court of Appeals for the 5th Circuit | 05/09/2023 |
| U.S. Court of Appeals for the 8th Circuit | 04/2021 |
| U.S. Court of Appeals for the 9th Circuit | 10/2017 |
| U.S. Court of Appeals for the 11th Circuit | 10/2020 |