IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                              8:22-cr-00440-PX

NADER POURHASSAN, and KAZEM
KAZEMPOUR,

                Defendants.

---

## DEFENDANT NADER POURHASSAN'S MOTION TO SEVER HIS TRIAL FROM THAT OF HIS CO-DEFENDANT

Defendant Nader Pourhassan, through counsel, moves this Court, pursuant to Federal Rule of Criminal Procedure 14(a), and the Fifth and Sixth Amendments of the United States Constitution, to sever his trial from that of his co-defendant, Kazem Kazempour.

The grounds for the motion are set forth in the accompanying memorandum of law.

Dated:    July 25, 2023

                                          Respectfully submitted,

                                          Linklaters LLP

                                          By:   */s/ Adam S. Lurie*
                                          Adam S. Lurie (MD Bar # 2109280004)
                                          Doug Davison, *Pro Hac Vice*
                                          601 13th St. NW #400
                                          Washington, D.C. 20005
                                          (202) 654-9200
                                          adam.lurie@linklaters.com
                                          doug.davison@linklaters.com

                                          Nicole E. Jerry, *Pro Hac Vice*
                                          Charlene Valdez Warner, *Pro Hac Vice*

        1290 Avenue of the Americas
        New York, NY 10104
        (212) 903-9000
        nicole.jerry@linklaters.com
        charlene.warner@linklaters.com

*Attorneys for Defendant Nader Pourhassan*