IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

        v.                                Case No. 8:22-cr-00440-PX

NADER POURHASSAN, and
KAZEM KAZEMPOUR,

                Defendants.

------------------------------------------------------------x

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT POURHASSAN'S MOTION TO SEVER HIS TRIAL FROM THAT OF HIS CO-DEFENDANT**

**EXHIBIT INDEX**

| Exhibit | DOJ Bates Range | Title of Exhibit | Page Cross-Reference |
|---|---|---|---|
| Exhibit 1 | DOJ-PROD-0003433576 | Excerpt of Amarex Presentation to the DOJ | pp. 4, 6 |
| Exhibit 2 | DOJ-PROD-0002697317-DOJ-PROD-0002697319 | April 27, 2020 Cover letter to FDA | p. 4 |
| Exhibit 3 | DOJ-PROD-0003122480 | April 27, 2020 Email from Amarex to Dr. Pourhassan with Kazempour in copy | p. 4 |
| Exhibit 4 | DOJ-PROD-0002367695-DOJ-PROD-0002367698 | Kush Dhody's revisions to the April 27, 2020 Press Release | p. 4 |
| Exhibit 5 | DOJ-PROD-0002367693-DOJ-PROD-0002367694 | April 26, 2020 Email from Kush Dhody to Dr. Pourhassan | pp. 4, 5 |
| Exhibit 6 | DOJ-PROD-0002703863-DOJ-PROD-0002703866 | Amarex April 28, 2020 Press Release | p. 5 |