**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT POURHASSAN'S MOTION TO SEVER HIS TRIAL FROM THAT OF HIS CO-DEFENDANT**

# EXHIBIT 1

**ABRIDGED VERSION OF FULL DOCUMENT - ABRIDGED FOR BREVITY AND RELEVANCE**

# Amarex Clinical Research, LLC

## Presentation to the Department of Justice Regarding Amarex's Commitment to Compliance

February 15, 2023

Subject to Rule 410 of the Federal Rules of Evidence
FOIA Confidential Treatment Requested by
Amarex Clinical Research, LLC

DOJ-PROD-0003433556



# IV. Amarex's Compliance Program is Well Designed

## 1. Amarex's Compliance Program Focuses on its Key Risk: Compliance with FDA Regulations

### 1.1: Amarex's Quality Plan Establishes The Primacy of Regulatory Compliance (cont'd)

**In turn, FDA regulations and international guidelines regarding GCP constitute the heart of the Quality Plan.** Everything done at Amarex is done with an eye to remaining fully compliant with those principles.



### 7  Quality Policy

Amarex Clinical Research, LLC, is committed to expediting patient access to safe and effective clinical products that meet and exceed client requirements. Amarex strives to provide timely project deliverables and excellence in all of its services, while maintaining strict adherence to the regulations and quality standards of the clinical trial industry, as defined in:

- Title 21 of the Code of Federal Regulations (CFR)
- International Council for Harmonization (ICH) Guidelines
- Standards for electronic records defined in Part 11 of 21 CFR
- Amarex Standard Operating Procedures (SOPs), and
- All project-specific plans (PSPs)

This is made possible by having open and honest communications with Sponsors and continuously improving our QMS, which is outlined in this document.

DOJ-PROD-0003433576

[Tab 14]