**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT POURHASSAN'S MOTION TO SEVER HIS TRIAL FROM THAT OF HIS CO-DEFENDANT**

# EXHIBIT 2



April 27, 2020

Debra B. Birnkrant, MD
Director, Division of Antiviral Products
Center for Drug Evaluation and Research
Food and Drug Administration

**Attn: Suzanne Strayhorn, MS, Sr. Regulatory Project Manager and Elizabeth Thompson, MS, Sr. Program Management Officer**

BLA 761144
SN0005
**Rolling Submission- Clinical Module (Except Datasets), CMC Information and parts of Module 1**

Dear Dr. Birnkrant,

Per 21 CFR §601.2 Amarex Clinical Research LLC, on behalf of CytoDyn Inc., (CytoDyn), is submitting Clinical Module (except datasets), CMC information along with portions of Module 1 to biologic application (BLA) for leronlimab, 700mg dosage, subcutaneous administration for the treatment of HIV infection in combination with other antiretrovirals in treatment experienced adults with CCR5 tropic virus only who have documented multi-antiretroviral class resistance to at least 2 drug classes. Leronlimab is a humanized monoclonal antibody (mAb) targeting the C-C chemokine receptor type 5 and is proposed to be marketed as a prescription drug.

<u>Clinical Information -Modules 2 and 5</u>
To provide clinical efficacy and safety data, CytoDyn is submitting Module 2.5 - clinical overview, Module 2.7 - clinical summary of efficacy and safety and clinical Module 5 as portions of planned BLA for Division's review. Module 5 contains all the clinical study reports with analyzed data to establish that leronlimab is a safe and effective drug for the proposed indication.

After receipt of the Division of Antivirals' and Electronics Submission Capability Team's comments on the submitted Mock datasets, to address all the comments, CytoDyn is revising datasets for all the clinical studies. The comments for the Mock datasets were provided by Division of Antivirals, dated March 12, 2020 and by Electronics Submission Capability Team on dated March 20, 2020. Revised datasets will be submitted to the BLA as an amendment in May 2020. However, the responses to comments received from Division of Antivirals and Electronics Submission Capability Team are provided in <u>section 1-11-3 of this submission</u>. The human factors study report is provided in -Other Study reports <u>section 5.3.5.4</u>. The clinical sections that will be provided in next amendment are highlighted in red and described below in the table.

In addition, Module 1 is also being submitted that includes information on approved drug product proprietary name -"Vyrologix in section 1-18. A copy of the agreed iPSP with the Agency is provided with this submission in module 1.9.6. Small Business Waiver (SBW) was granted to CytoDyn from the agency which was submitted earlier to the BLA in SN002.

**Structure of Clinical Module 5 of the BLA under Rolling Review**

| Section | Provided in the Original BLA Application |
|---|---|
| **5.2 Tabular Listing of all Studies** | |
| **5.3 Clinical study reports and related information** | |
| **5.3.1 Reports of biopharmaceutic studies** | |
| **5.3.1.2 Comparative BA and bioequivalence (BE) Study reports and related information** | |
| PRO 140 CD06 – CSR + Datasets | |
| **5.3.1.4 Reports of bioanalytical and analytical methods for human studies** | |
| | [Study 107-0502] Human serum validation study:  Determination of PRO 140 in human serum by ELISA |
| | [Study 107-0605] Determination of PRO 140 in human serum by ELISA for cross-validation with FACS analysis by Sponsor |
| | [Study 107-0504] Validation study:  Detection of antibodies to PRO 140 in human serum |
| | [Study 107-0608] Determination of RANTES in platelet-poor EDTA-CTAD human plasma by ELISA |
| | [Study 471-1402] Determination of Anti-PRO-140 Antibodies in Human Serum by ELISA |
| | [040812-0650] Pharmacokinetic Analysis of Human Serum Samples by FACScan Following Single-Dose Intravenous Administration of PRO 140 Human Monoclonal Antibody |
| **5.3.3 Reports of human pharmacokinetic (PK) studies** | |
| **5.3.3.1 Healthy subject PK and initial tolerability Study reports and related information** | |
| PRO 140 1101 - CSR | |
| PRO 140 1102 - CSR | |
| PRO 140 1103 - CSR | |
| **5.3.4 Reports of human pharmacodynamic (PD) studies** | |
| **5.3.4.2 Patient PD and PK/PD Study reports and related information** | |
| Validation and Performance of CCR5 Receptor Occupancy Specific for leronlimab and CCR5 Genotyping Data | |
| **5.3.3.5 Population PK Study reports and related information** | |
| Population PK model development and covariate analysis from using the PRO 140 2101 as a base and the PRO 140_CD02 and PRO 140_CD03 studies | |
| **5.3.5 Reports of efficacy and safety studies** | |
| **5.3.5.1 Study reports and related information of controlled clinical studies pertinent to the claimed indication** | |
| | PRO 140 1302 - CSR+Datasets |
| | PRO 140 2101 - CSR+Datasets |
| | PRO 140 2301 - CSR+Datasets |
| | PRO 140_CD02 – CSR including CD02 Open Label+ Datasets *This will include agreed-upon drug resistance datasets* |

Confidential Treatment Requested by CytoDyn Inc                                CYDY-DOJ-EDATA-00438768
                                                                                DOJ-PROD-0002697318

| 5.3.5.2 Study reports and related information of uncontrolled clinical studies | |
|---|---|
| | PRO 140_CD01 – CSR + Datasets |
| | PRO 140_CD03 – Interim Study Safety Report + Datasets<br>*Note: This will include safety and viral efficacy data from at least 100 new subjects receiving 700mg dose (50 subjects with at least 24 weeks data and 50 subjects with at least 12 weeks data).* |
| **5.3.5.3 Reports of analyses of data from more than one study** | |
| | Integrated summary of safety report + Analysis Datasets |
| | Combined Interim Study Safety Report *for* CD01-Extension, CD02-Extension, CD03-Extension |
| **5.3.5.4 Other Study reports and related information** | |
| | Human Factors Study Report |
| **5.4 Literature References** | |

If you have any questions about this or any other submission to this BLA, please feel free to contact me at phone number: (240)-688-0800, Fax: (240)-252-2166, or email: kazemk@amarexcro.com, or at the mailing address 20201 Century Boulevard, 4th Floor, Germantown, MD 20874.

Sincerely,

*Kazem Kazempour*   *Electronically signed by: Kazem Kazempour*
*Date: 2020-04-26 13:36:32-04:00*

Kazem Kazempour, PhD
US Agent for CytoDyn, Inc.

| | |
|---|---|
| Technical Contact | Name: Dr. Ahmad Bayat<br>Phone: 301-956-2523<br>Email: ahmadb@amarexcro.com<br>Fax: 240-252-2166 |
| Mode of Transmission | ESG |
| Size of Submission | Approximately 1GB |
| Virus Protection Statement | This submission has been evaluated for malicious content:<br>Type: Symantec Endpoint Protection<br>Software version: 12.1.2015.2015<br>Common Client version: 12.1.6 |

Confidential Treatment Requested by CytoDyn Inc                                    CYDY-DOJ-EDATA-00438769
                                                                                    DOJ-PROD-0002697319