**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT POURHASSAN'S MOTION TO SEVER HIS TRIAL FROM THAT OF HIS CO-DEFENDANT**

# EXHIBIT 3

Message

| | |
|---|---|
| From: | Tariq Shah [tariqs@amarexcro.com] |
| Sent: | 4/27/2020 9:11:04 AM |
| To: | Nader Pourhassan [npourhassan@cytodyn.com]; Nitya Ray [nray@cytodyn.com]; George Bitar [gbitar@cytodyn.com] |
| CC: | Kush Dhody [kushd@amarexcro.com]; Ahmad Bayat [ahmadb@amarexcro.com]; Mohammad Rahman [mohammadr@amarexcro.com]; Kazem Kazempour [kazemk@amarexcro.com]; Dennis Tsurkan [dennist@amarexcro.com] |
| Subject: | [EXT]BLA Accepted |
| Attachments: | Acknowledgement receipt2 for 761144-cytodyn-0005.pdf |

Dear Nader,

Congratulation.!! Thanks and congrats to all CytoDyn team on achieving a great milestone. Please see attached acknowledgement receipt for t for clinical and CMC BLA submission today. Thanks.

Regards,

-------------------------------------------------------------------------------------
Tariq Shah, PhD, RAC
Regulatory & Scientific Analyst
Amarex Clinical Research, LLC
20201 Century Boulevard
4th Floor
Germantown, MD 20874
Tel: (240) 454-6840
Fax: (301) 528-2300
Email: tariqs@amarexcro.com
-------------------------------------------------------------------------------------
The enclosed information, including any attachments hereto, does not constitute a contractual offer or acceptance, is intended solely for discussion purposes and shall in no event be deemed to be an obligation by either party to execute an agreement. Neither party shall have any obligation or liability to the other until such time as both parties shall have executed and delivered a written contract. No employee or agent is authorized to conclude any binding agreement on behalf of Amarex Clinical Research, LLC with another party by email without express written confirmation by authorized officer(s) of the company
-------------------------------------------------------------------------------------
This email message, from Amarex Clinical Research, LLC, may contain confidential information, intended only for the designated recipient(s). If you are not the designated recipient, you are hereby notified that any disclosure, copying, distribution, use of, or reliance on, the contents of this e-mail is prohibited. If this message was received in error, please contact the sender by reply email and destroy all copies of the original message.