**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT POURHASSAN'S MOTION TO SEVER HIS TRIAL FROM THAT OF HIS CO-DEFENDANT**

# EXHIBIT 5

Message

| | |
|---|---|
| **From**: | Kush Dhody [kushd@amarexcro.com] |
| **Sent**: | 4/26/2020 9:51:20 PM |
| **To**: | Nader Pourhassan [npourhassan@cytodyn.com] |
| **Subject**: | [EXT]RE: Press release |
| **Attachments**: | CytoDyn press release (Apr 27 2020) re CYDY Completes BLA Filing_v2_KD.docx |

Hi Nader,

See attached. I have added my name per your request.

Regards,
Kush

----

Kush Dhody, MBBS, MS, CCRA
Sr. Vice President, Clinical Operations
**Amarex Clinical Research, LLC**
20201 Century Boulevard, 4th Floor
Germantown, MD  20874
Tel:  (301) 956-2536
Fax:  (240) 454-7909
Mob: (240) 595-3264
Email: kushd@amarexcro.com
-----------------------------------------------------------------------------------------

The enclosed information, including any attachments hereto, does not constitute a contractual offer or acceptance, is intended solely for discussion purposes and shall in no event be deemed to be an obligation by either party  to execute an agreement. Neither party shall have any obligation or liability to the other until such time as both parties shall have executed and delivered a written contract. No employee or agent is authorized to conclude any binding agreement on behalf of Amarex Clinical Research, LLC with another party by email without express written confirmation by authorized officer(s) of the company.

This email message, from Amarex Clinical Research, LLC, may contain confidential information, intended only for the designated recipient(s). If you are not the designated recipient, you are hereby notified that any disclosure, copying, distribution, use of, or reliance on, the contents of this e-mail is prohibited. If this message was received in error, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Nader Pourhassan [mailto:npourhassan@cytodyn.com]
**Sent:** Sunday, April 26, 2020 1:39 PM
**To:** Kush Dhody
**Subject:** Press release

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please let me know if you are okay with this PR to be released by tomorrow at 3 am PT (6 am ET)?

With best regards
Nader



Nader Pourhassan, PhD
Director, President & CEO
CytoDyn Inc. (www.cytodyn.com)
1111 Main Street, Suite 660
Vancouver, Washington 98660
(360)980-8524 Ext. 1  - Work
(360)980-8549 - Fax

REACTED PROTECTED INFORMATION

**CONFIDENTIALITY NOTICE.** This e-mail transmission and any documents, files, or previous e-mail messages appended or attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution, or use of the information contained or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone [REDACTED PROTECTED INFORMATION] or return e-mail message (npourhassan@cytodyn.com) and delete the original transmission, its atta[REDACTED PROTECTED INFORMATION] any copies without reading or saving in any manner. Thank you.

Confidential Treatment Requested by CytoDyn, Inc

CYDY-DOJ-EDATA-00072536
DOJ-PROD-0002367694