UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NADAR POURHASSAN, et al.,<br><br>Defendants. | Criminal Action No. PX-22-440 |

## PRETRIAL SCHEDULING ORDER

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| March 29, 2024 | Motions *in Limine* due.<br><br>Government to submit proposed *Voir Dire*, Jury Instructions, and Verdict Sheet to Defendants. |
| April 12, 2024 | Responses to Motions *in Limine*; Joint *Voir Dire*, Jury Instructions, and Verdict Sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide *Jencks* and *Giglio* to Defendants. |
| April 19, 2024 | *Daubert* motions due. |
| April 26, 2024 at 10:00 a.m. | Pre-trial Conference/Hearing on Motions *in Limine*, *Voir Dire* and Jury Instructions. |
| May 3, 2024 | Responses to *Daubert* motions due.<br><br>Government and Defendants exchange summary exhibits. |
| May 10, 2024 | *Daubert* replies due. |

| | |
|---|---|
| May 17, 2024 at 1:00 p.m. | Hearing on *Daubert* motions. |
| May 31, 2024 | Trial begins. |

Dated: March 19, 2024                              /s/
                                                                Paula Xinis
                                                                United States District Judge