IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Crim. No. PX-22-440** |
| ) | |
| **NADER POURHASSAN, and** ) | |
| **KAZEM KAZEMPOUR,** ) | |
| ) | |
| **Defendants.** ) | |

********

## ORDER

The Court, on this 21st day of March, 2024, HEREBY ORDERS that:

1. The production of materials to the defense related to the seven identified FDA custodians (the "FDA Materials") shall be completed by April 22, 2024.

2. The FDA Materials shall be prioritized according to custodian as previously agreed upon by the parties.[1]

3. The FDA Materials shall be produced to the defense team on a rolling basis on the following dates:

    a. March 29, 2024 (750 documents)

    b. April 12, 2024 (1,639 documents)

    c. April 22, 2024 (956 documents)

4. The Government shall promptly inform the Court if there are any anticipated issues complying with this order.

/s/
_____
Hon. Paula Xinis
United States District Judge

---

[1] This prioritization is as follows: Murray, Birnkrant, Sheikh, Strayhorn, Akunne, Winestrock, Struble.