# EXHIBIT T

Message

**From**: nicholas Agresti [nicholas.agresti15@gmail.com]
**Sent**: 6/29/2020 5:06:11 PM
**To**: Nader Pourhassan [npourhassan@cytodyn.com]; Scott Kelly [skelly@cytodyn.com]; kushd@amarexcro.com; Jonah Sacha [sacha@ohsu.edu]; Harish Seethamraju [Hseetham@montefiore.org]; Steven Mosher [sfmosh67@gmail.com]; Yang, Otto [oyang@mednet.ucla.edu]; Kabir Mody [Mody.Kabir@mayo.edu]; Jacob Lalezari [Drjay@questclinical.com]
**Subject**: NEJM Proof
**Attachments**: NEJM proof.pdf

Drs,
The paper has been submitted.
Nick

The NEW ENGLAND JOURNAL of MEDICINE

Please review the Supplemental Files folder to review documents not compiled in the PDF.

# Leronlimab: Case Series of Four Critically ill Patients with COVID-19. Is RANTES the major culprit?

| | |
|---|---|
| Journal: | *New England Journal of Medicine* |
| Manuscript ID | Draft |
| Article Type: | Original Article |
| Date Submitted by the Author: | n/a |
| Complete List of Authors: | Agresti, Nicholas; Southeast Georgia Health System Inc, Gastroenterology<br>Mosher, Steven; Southeast Georgia Health System Inc |
| Abstract: | The novel coronavirus (nCOV-19) was identified in four critically ill patients with acute hypoxemic respiratory failure and developed acute respiratory distress syndrome (ARDS). All patients survived after receiving a monoclonal antibody leronlimab, a CCR5 receptor antagonist.<br><br>Methods<br>Four patients were diagnosed with nCOV-19 and admitted to the intensive care unit for respiratory symptoms. Four emergency investigational new drug applications were submitted to the FDA. Cytokine profiles, physical examinations are current through June 22, 2020.<br><br>Results<br>All critically ill patients survived (100%). Patients received mechanical ventilation for ARDS due to nCOVID-19, required at least one vasopressor, three of the had renal failure requiring hemodialysis (HD). Average time to extubation was 6.3 days after drug dosage. Vasopressor support was discontinued by day 4.75 in patients on one vasopressor and day 4 and 9 if supported by two vasopressors. RANTES (regulated on activation, normal T cell expressed and secreted) was more than 100 times the upper limit of normal. IL-6 had a statistically significant decrease by day 7 (p=.0034). Normalization of CD4/CD8 ratios occurred. CRP was elevated in two of the patients and decreased on samples measured on days 3 and 7. None of the patients developed a thromboembolic event after treatment.<br><br>Conclusions<br>Administration of leronlimab in four critically ill patients was safe and may have led to a 100% survival rate in critically ill patients with nCOV19. RANTES was elevated more than 100 times the upper limit of normal in each patient. |
| | |



Confidential Treatment Requested by CytoDyn, Inc
CYDY-DOJ-EDATA-00088606
DOJ-PROD-0002383763

# Leronlimab: Case Series of Four Critically ill Patients with COVID-19. Is RANTES the major culprit?

Agresti N[1], Mosher S[1], Sudduth D[1], Stephens R[1], Elsharkawi, A[1] Mody K[2], Seethamraju H[3], Lalezari J[4], Pourhassan, N[4], Kelly, S[4], Patterson, B[5], Amodeo, P[1] Sudduth E[1], Lee-Lewis C[1], Alba-Yunen-R[1], Gratto-Cox, G[1], Wu H[6], Sacha J[6], Dhody ,K.[7]

1.Southeast Georgia Health System, Brunswick, GA 31520. 2. Mayo Clinic, Jacksonville 32224. 3. Montefiore Medical Center Albert Einstein University Bronx, NY 10467. 4. Cytodyn, Vancouver, Washington 98660. 5. Incell Dx San Carlos, CA 94070. 6. Vaccine and Gene Therapy Institute and Oregon National Primate Research Center, Oregon Health & Science University, Beaverton, OR 97006. 7. Amarex Clinical Research Germantown, MD 20874.

Confidential. For Review

## Abstract

### Background

The novel coronavirus (nCOV-19) was identified in four critically ill patients with acute hypoxemic respiratory failure and developed acute respiratory distress syndrome (ARDS). All patients survived after receiving a monoclonal antibody called leronlimab (formerly PRO 140), a CCR5 receptor antagonist.

### Methods

Three patients were diagnosed with nCOV-19 in April and one in May of 2020. Three patients were admitted to the intensive care unit (ICU) due to acute hypoxemic respiratory failure and developed ARDS, one due to necrotizing fasciitis and shortness of breath. A letter of authorization (LOA) was issued by Cytodyn through their clinical research team at Amarex Clinical Research, LLC and submitted to Food and Drug Administration (FDA) after receiving informed consent for compassionate use of leronlimab. A total of four emergency investigational new drug applications (eIND) were submitted and approved by the (FDA). Three patients received their first dose of leronlimab on April 17th 2020 and one on June 2nd 2020. The patient's information was collected through physical examination, protocol

cytokine blood draws and chart review. The data described here is current through June 22th 2020.

**Results**

All four of these critically ill patients survived (100%). All four patients received mechanical ventilation for ARDS due to nCOVID-19, required at least one vasopressor, three of the four developed renal failure requiring hemodialysis (HD). The mean days a patient was intubated before given leronlimab was 7 and average time from leronlimab administration to extubation was 6.3 days in three of the four patients. The time to remove vasopressor support for patients on one vasopressor was 4.75 days after receiving leronlimab. One patient was on two vasopressors and had one discontinued on day 4 and the second on day 9. Two of the four patients have been discharged home 38 and 50 days after receiving leronlimab, two remain hospitalized. Cytokine profiles for each of the patients were analyzed. RANTES (regulated on activation, normal T cell expressed and secreted) was more than 100 times the upper limit of normal. IL-6 (normal 1.8 pg/ml) and TNF-alpha were elevated before treatment and IL-6 had a statistically significant decrease by day 7 ($p=.0034$) after treatment. Normalization of CD4/CD8 ratios occurred at day 7. CRP was elevated in two of the patients and decreased on samples measured on days 3 and 7. GM-CSF were normal before treatment in two patients and elevated in one patient. None of the patients developed a thromboembolic event after treatment and no adverse reactions were discovered.

**Conclusions**

Administration of leronlimab in four critically ill patients was safe and may have led to a 100% survival rate in critically ill patients with nCOV19. RANTES was elevated more than 100 times the upper limit of normal in each patient. The CCR5 receptor blockade of RANTES with leronlimab led to a statistically significant decrease in IL-6. TNF alpha and restoration of the immune function by measure of CD4/CD8 ratios were observed. There was no change in GM CSF before and after administration of leronlimab.

Confidential: Destroy when review is complete.

In December of 2019, the World Health organization received a report of 44 cases of an unknown cause of pneumonia and subsequent outbreak on January 12th 2020 with known exposure to a seafood market in Wuhan, China.[1] The etiology of the first pneumonia cases was identified as a coronavirus and led to a worldwide pandemic. Over 5,000,000 confirmed cases of nCOV-19 have been reported and 330,000 lives have been lost in 217 countries in the world. [2] Journal articles were published in early 2020 and described clinical, laboratory and biochemical features of patients affected with coronavirus. The major cause of mortality in these young patients (49 years old, the median age) was ARDS, acute cardiac and renal injury, infection and shock.[3] This was one of the first dire warnings to the medical community that mechanical ventilation would be necessary on a global scale, cytokines were elevated and blocking the specific molecular receptors would be the most important treatment target to save lives.

**Coronavirus 2019**

The nCOV-19 pandemic is the world's worst infectious disease cause of mortality since the Spanish Flu of 1918. The Centers for Disease Control reported the first case of nCOV19 in January of 2020 and the Secretary of Health and Human Services declared a public health emergency on January 31, 2020 in response to COVID-19.[4] A proclamation on declaring a national emergency concerning the novel coronavirus disease (COVID-19) outbreak was released on March 13th 2020 as healthcare providers in the United States braced for the pandemic. World leaders, healthcare organizations and physicians continue to scramble for treatment options, most of which were anecdotal and not evidence based. Due in part to the unknown implications of this virus, the **C**oronavirus **A**id, **R**elief, and

---

[1] World Health Organization. Novel Coronavirus Situation report January 21 2020. (https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200121-sitrep-1-2019-ncov.pdf?sfvrsn=20a99c10_4).
[2] World Health Organization. Coronavirus situational update. May 24 2020. (https://www.who.int/emergencies/diseases/novel-coronavirus-2019).
[3] Huang et al. Clinical features of patients infected with 2019 novel coronavirus in Wuhan, China. Lancet 2020;395:497-506.
[4] CDC. First travel-related case of 2019 novel coronavirus detected in United States. Jan 21 2020. (https://www.cdc.gov/media/releases/2020/p0121-novel-coronavirus-travel-case.html).

Confidential: For Review

**E**conomic **S**ecurity **A**ct (CARES Act) was passed by Congress to provide emergency economic assistance and limit medical health provider liability during this public health emergency.[5] The city of Brunswick, GA reported its first case of nCOV19 in March of 2020 and a treatment plan was formulated to use leronlimab in our critically ill patients.

**Investigational Drug Profile**

Study Medication

Leronlimab is a humanized IgG4 monoclonal antibody administered via home self-injection once a week for two weeks is a CCR5 receptor antagonist originally studied for the use in HIV. This receptor is located on macrophages and T regulatory cells and dendritic cells. The binding of leronlimab to the CCR5 receptor would competitively inhibit RANTES and therefor decrease the release of more proinflammatory cytokines and also inhibiting further migration of these cells to the site of infection.[6,7]

**Methods**

Patient Demographics, Data Collection and Care Setting

Four patients were admitted to the intensive care unit at Southeast Georgia Health System with confirmed nasopharyngeal swabs positive for nCOV19 by reverse transcriptase polymerase chain reaction (RTPCR). Alternative treatment options were discussed due to worsening of each of their clinical conditions. Amarex, the clinical research company for Cytodyn provided our health system with the letter of authorization (LOA), pharmacy manual, informed consent, and treatment protocol. The (LOA) was submitted to the Food and Drug Administration (FDA) after receiving informed consent for compassionate use of leronlimab. Due to current pandemic contact restrictions, telephone consent with intensive care

---

[5] Department of the Treasury. March 27th 2020. (https://home.treasury.gov/policy-issues/cares)

[6] Jacobson J, Thompson M et al. Anti-HIV-1 activity of weekly or biweekly treatment with subcutaneous PRO 140, a CCR5 Monoclonocal antibody. Journal of Infectious Disease 201,2010. 1481-1487.

[7] Scurci I, Martins E, Hartley O, CCR5: Established paradigms and new frontiers for a 'celebrity' chemokine receptor,
Cytokine, Volume 109,2018,Pages 81-93,ISSN 1043-4666.

Confidential: For Review

unit nurse confirmation was documented and three emergency investigational new drug applications (eIND) were submitted and approved by the (FDA) on April 15th 2020. A fourth eIND was submitted on May 28 and leronlimab administered on June 2nd 2020.

**Specimen Collection and Testing**

Per the leronlimab treatment protocol schedule of assessments, a physical exam, vital signs, positive end expiratory pressure (PEEP) along with an electrocardiogram and required laboratory data were collected. Two samples in a Ethylenediaminetetraacetic acid (EDTA) tubes were sent to IncellDx to determine cytokine and chemokine concentrations, CCR5 receptor occupancy on T reg, monocytes and T cells as well as CD4%,CD8% and ratio of CD4/CD8 cells before injection of leronlimab and at day 3, 7, and 14. Pharmacy staff prepared the dosage and the intensive care unit nurses administered the drug subcutaneously while wearing personal protective equipment per CDC guidelines. Three patients received their first dose of leronlimab on April 17th 2020 and another on June 2nd 2020. Throughout the hospital course the patient's information was collected via physician physical examination, leronlimab protocol blood draws and chart review. Assessment of plasma cytokines and chemokine levels were analyzed using a flow cytometric assay (LegendPlex, Biolegend Inc). Peripheral blood mononuclear cells were analyzed using Lymphoprep density gradient (STEMCELL Technologies, Vancouver Canada). CCR5 receptor occupancy by leronlimab was detected through flow cytometry through labeling technology using phycoerythrin-labeled leronlimab. The data described here is current through June 19th 2020.

**Statistical analysis**

The statistical analysis of the cytokines IL-6, IL- 8, CCL5, TNF alpha were compared to a control by the non-parametric Kruskal-Wallis test and Dunn's multiple comparison correction. To determine a shift toward immune system homeostasis after administration of leronlimab, the Kruskal-Wallis test with Dunn's multiple comparison correction was used. We report the p values generated through Graphpad Prism computer program would be used for these calculations.

Confidential: For Review

**Results**

Each of the four critically ill patients survived severe nCOV19. In (Table 1), demographics including the age of patient, date of hospital admission, date of intubation and days intubated before administration of leronlimab, as well as significant past medical history and duration of symptoms before hospital admission and any other investigational drug administered before leronlimab are reported. The average age of these the four patients are 60.25 years of age. Three females and one male were hospitalized in early April and one at the end of May. The mean days to intubation from date of hospitalization was 2.0 days. The number of days patients were intubated before receiving leronlimab ranged from 4 to 15 with the mean number of days being 7. The most common comorbidity was being a former smoker or current smoker. Two of the four patients had a history of COPD. Patient A and D had a concurrent diagnosis of right upper extremity DVT before administration of leronlimab. Patient B, C and D developed acute kidney injury requiring hemodialysis while patient A did not. The mean number of days patients had symptoms before hospitalization was 7.25 days (2- 10 days). Investigational drugs patients received during their hospital course included hydroxychloroquine, zinc, actrema, remdesivir and azithromycin. Total days in the ICU and total days after treatment with leronlimab could only be calculated for patient A and B, 21,10, 18 and 4 respectively. Patient C and D are currently being managed in the intensive care unit for underlying pneumonia and sepsis. Patient A and B were removed from oxygen at day 19 and 17 and discharged from the hospital 38 and 50 days after admission.

For each of the four patients, cytokine profiles were examined before administration of leronlimab (Day 0) then on day 3, 7 and 14. The RANTES level, IL-6, TNF alpha, T cell and macrophages receptor occupancy (RO) of leronlimab, CRP, baseline ventilatory settings and vasopressor requirements were recorded in (Table 2-4) and Figure 1 (a-e). The cytokine profiles for each of the patients are provided in the supplemental figure. Due to time constraints the cytokine profiles are not currently available for patient D. The RANTES level was elevated more than 100 times normal in all patients Fig (1a). There was a statistically significant

Confidential: For Review



Confidential Treatment Requested by CytoDyn, Inc
CYDY-DOJ-EDATA-00088613
DOJ-PROD-0002383770

decrease in IL-6 (p=.034) Fig (1b) and a decrease in TNF alpha after leronlimab injection. Restoration of immune cell function as measured by the CD4/CD8 ratio was observed between day 7 and 14 (Supplemental Fig 2). The CRP of 45mg/L at baseline decreased to 5.9 mg/l by day 7. The CRP decreased from 40 mg/L in patient C to 3.1 the seventh day after the first dose of leronlimab Fig (1c). CRP in patient B was normal and was 2 times the upper limit of normal in patient D. The T cell and macrophage occupancy of the CCR5 receptor was zero for each patient before leronlimab injection and median on day 3, 7, 14 for patients A, B and C were: patient A (RO) on Day 3, 7, 14 were 87%, 92%, 96%, patient B (RO) 83%, 92%, 98% and patient C (RO) 88%, 93% and 84% (Fig 1d). The cytokine profiles included GM CSF, it was elevated in only one patient, but normal in all others as reported on Day 0, 3, and 7 (Supplemental Fig 2).

Per the leronlimab treatment protocol baseline labs which include the complete blood counts, complete metabolic profile, coagulation profiles on the before administration of leronlimab. Three of the four patients had anemia with baseline mean hematocrit of 29 g/dL range (21-34 g/dL). The mean WBC was 15.75 X $10^3$ with a range of (6.6-25.6). Thrombocytopenia at baseline was seen in patient C. All patients had some degree of abnormal liver chemistries. The most significant changes were seen in patient B and C with an AST and ALT elevation of 2-7X the upper limit of normal and an alkaline phosphatase was 4.3 times the upper limit of normal or 566 U/L. Lactic acid levels in patient A, C and D were mildly elevated at 1.5 , 2.2 and 2.0 mmol/L (normal 0.5-1mmol/L). The A-a gradients were markedly abnormal in all patients and urinalysis could not be obtained in patient C as he was anuric. Patient C and D had abnormal serum ferritin measurements and CK elevation.

Confidential: For Review

## Table 1. Patient demographics

| | Patient A | Patient B | Patient C | Patient D |
|---|---|---|---|---|
| Age of patient | 58 | 50 | 58 | 75 |
| Date of hospital admission | 4-12-20 | 4-7-20 | 4-1-20 | 5-28-20 |
| Date of intubation | 4-13-20 | 4-12-20 | 4-2-20 | 5-29-20 |
| Confirmed COVID-19 | 4-12-20 | 4-11-20 | 4-7-20 | 5-28-20 |
| Days intubated before leronlimab treatment | 4 | 5 | 15 | 4 |
| Date(s) of leronlimab treatment | Day 0: 4-17-20 Day 7: 4-24-20 | Day 0: 4-17-20 Second dose not given. | Day 0: 4-17-20 Day 7: 5-5-20 | Day 0: 6-2-20 Day 10: 6-10-20 |
| Comorbidities | Migraines, ex-smoker 20 pack years quit 2 years ago | COPD, OSA | Asbestosis, COPD, ex-smoker 50 pack years, HTN, DM, Hypercholesterolemia | Bradycardia, beta thalassemia |
| Concurrent diagnosis received during admission | DVT | Necrotizing fasciitis of right forearm, acute kidney injury | Acute kidney injury | DVT, PNA |
| Smoking history | Ex-smoker | Yes, current smoker 2 packs per day | Ex-smoker | none |
| Onset of symptoms before hospitalization | 10 days | 7 days | 10 days | 2 days |
| Other investigational drug administered | Hydroxychloroquine (HCQ) 200mg po BID x 5 days | HCQ 200mg po BID for 5 days | Zinc, HCQ, Azithromycin | Actrema and Remdesivir |
| Total days in the ICU | 21 days | 10 days | Still in ICU, on ventilator at night, on 100% oxygen through trach during the day | Still in ICU |
| Days in the ICU after leronlimab treatment | 18 days | 4 days | n/a | n/a |
| Removed from Oxygen after receiving leronlimab (Days) | 19 | 17 | n/a | n/a |
| Discharged status | Discharged from hospital on 5-19-20 | Discharged 5-26-20 | n/a | n/a |
| Total days in the hospital | 38 | 50 | Still hospitalized | n/a |

Confidential: For Review

**Table 2. Chemokine, Cytokine Profile, Leronlimab receptor occupancy, CRP and ventilatory settings, need for vasopressor requirement.**

| Patient A | | | | |
|---|---|---|---|---|
| | Day 0 | Day 3 | Day 7 | Day 14 |
| RANTES | 847 | 1730 | 2131 | 410 |
| IL-6 | 679.8 | 32.3 | 19.3 | 46.7 |
| TNF alpha | 79.5 | 28.7 | 16.1 | 218.5 |
| CD4% | 80.6 | 63.9 | 68.1 | 66.7 |
| CD8% | 14.1 | 15.4 | 20.9 | 23.4 |
| CD4/CD8 | 5.70 | 4.10 | 3.26 | 2.85 |
| T-cell RO % | 0 | 76 | 92 | 96 |
| Monocytes-RO % | 0 | 89 | 91 | 95 |
| T reg RO % | 0 | 87 | 94 | 98 |
| CRP | 45 | 20 | 5.9 | 15.5 |
| PEEP | 14 | 12 | 8 | 5 |
| Fi02 | 90% | 60% | 50%* | 40% |
| Vasopressor neosynephrine (mcg) | 80 | 30 | n/a | n/a |

* Patient self-extubated on Day 9 and intubated on day 11 due to lethargy

| Patient B | | | | |
|---|---|---|---|---|
| | Day 0 | Day 3 | Day 7 | Day 14 |
| RANTES | 2986 | 2328 | 193 | 177 |
| IL-6 | 108.67 | 49.36 | 48.73 | 11.7 |
| TNF alpha | 734.1 | 173.55 | 132.4 | 11 |
| CD4% | 64 | 59 | 68 | 58 |
| CD8% | 21.24 | 17.9 | 26.8 | 28.96 |
| CD4/CD8 | 3 | 3.3 | 2.5 | 2 |
| T cell RO% | 0 | 87 | 92 | 98 |
| Monocytes-RO% | 0 | 69 | 81 | 92 |
| T reg RO% | 0 | 83 | 95 | 99 |
| CRP | 3.1 | 5.6 | 2.4 | 1.5 |
| PEEP | 5** | n/a | n/a | n/a |
| Fi02 | 40% | 4 liters nasal cannula (NC) | 4 liters of oxygen (NC) | 2 liters NC |
| Vasopressor Levophed (mcg) | 4 | 5*** | n/a | n/a |

*Patient refused second dose of leronlimab
**patient extubated on 4-18-2020
***Levophed stopped 4-23-20

| Patient C | | | | |
|---|---|---|---|---|
| | Day 0 | Day 3 | Day 7 | Day 14 |
| RANTES | 475 | 1507 | 1563 | 2122 |

Confidential For Review

| | | | | |
|---|---|---|---|---|
| IL-6 | 170 | 111 | 13 | 49 |
| TNF alpha | 70 | 55 | 37 | 27 |
| CD4% | 72 | 59 | 63 | 45 |
| CD8% | 18 | 17 | 19 | 12 |
| CD4/CD8 | 3.99 | 3.50 | 3.30 | 3.70 |
| T cell RO% | 0 | 88 | 92 | 86 |
| Monocytes-RO% | 0 | 83 | 86 | 79 |
| T reg RO% | 0 | 92 | 93 | 84 |
| CRP | 40 | 6.7 | 3.1 | 5.5 |
| PEEP | 14 | 14 | 14 | 10 |
| Fi02 | 90% | 70% | 70% | 60% |
| Vasopressors** Levophed (mcg)/Vasopressin (units) | 20/0.04 | 15/0.04 | 15 | 0 |

*patient received second dose of leronlimab on 5-5-20 due to clinical condition and possibility of withdrawal of care
** vasopressin discontinued on day 4 and levophed discontinued on day 9

| Patient D | | | | |
|---|---|---|---|---|
| | Day 0 | Day 3 | Day 7 | Day 14 |
| CRP*** | 6.5 | 8.2 | 5.3 | 9 |
| PEEP | 8 | 8 | 8 | 6 |
| Fi02% | 70 | 60 | 50** | 90 |
| Vasopressor Levophed | 4mcg | 3mcg* | | n/a |

*Off levophed on Day 5.
**Extubated on Day 9 and reintubated on Day 11.
*** Patient received Actrema on 5-29 and Remdesivir course.

## Table 3. Baseline - Complete Blood Counts, Complete Metabolic Profile, Coagulation Profiles on the first day of treatment with leronlimab

| | Patient A | Patient B | Patient C | Patient D |
|---|---|---|---|---|
| Hemoglobin (g/dL) | 6.5 | 11 | 8.5 | 10 |
| Hematocrit (g/dL) | 21 | 34 | 30 | 31 |
| Platelet count x10^3 | 286 | 357 | 135 | 296 |
| WBC x10^3 | 6.6 | 25.6 | 22 | 8.8 |
| PT | 15.9 | 13.9 | 17.6 | 14.5 |
| INR | 1.3 | 1.1 | 1.5 | 1.1 |
| Glucose(mg/dL) | 133 | 125 | 276 | 120 |
| Na/K/Chlor/C02/BUN/Cr | 137/4.2/104/26/15/0.5 | 136/4.1/103/28/17/1.0 | 134/4.7/100/23/18.1.0 | 133/3.4/99/33/24/0.50 |
| TB/Alk Phos/AST/ALT | 0.2/101/41/10 | 1.2/566/119/157 | 1.5/166/146/20 | 0.3/79/43/17 |
| Lactic Acid (mmol/L) | 1.5 | 0.5 | 2.2 | 2.0 |
| Ferritin (ug/L) | 133 | 133 | 323 | 457 |
| pH/CO2/02/HCO3 | 7.30/49/107/24 | 7.28/52/93/24 | 7.15/68/152/24 | 7.46/38/81/27 |

Confidential: Destroy when review is complete.

Confidential Treatment Requested by CytoDyn, Inc CYDY-DOJ-EDATA-00088617
DOJ-PROD-0002383774

| | | | | |
|---|---|---|---|---|
| A-a gradient (mmHg) | 473 | 126 | 478 | 370 |
| U/A-pH/protein/Ketones/Blood | 6/1+/0/0 | 5.5/2+/trace/2+ | n/a on dialysis | 6/trace/-/- |
| CK (U/L) | 32 | 20 | 353 | 220 |

## Discussion

Cytokines and chemokines are the molecules which direct traffic of leukocytes, regulate inflammation and are vital in immune cell differentiation. RANTES was markedly elevated and is the main pathologic cytokine in our patients with critically ill nCOV-19. Blocking the CCR5 receptor with leronlimab prevented RANTES from further amplifying an overstimulated immune system and recruitment of more inflammatory cells. The downstream effect is decrease release of inflammatory cytokines such as IL-6 and TNF alpha. The IL-6 and TNF alpha was inversely related to the patient's clinical condition. CRP was a marker for decrease in inflammation and improved clinical condition in two patients at day 7. Until further clinical studies are performed, one should be cautious to use this as a surrogate marker in severe nCOV19 unless the initial CRP is elevated. The near normal CRP in patient D is likely due to there patient receiving actrema, an IL-6 blocker and broad-spectrum antibiotics to treat concurrent pneumonia. In patient B, accounting for the near normal CRP in the setting of necrotizing fasciitis (s/p debridement less than 24 hours before her first dose of leronlimab), acute renal failure and acute hypoxemic respiratory failure does not account for this value. It is well documented in the literature that CRP measurement as a prognostic indicator in immunocompromised surgical patients are 69% sensitive and 76% specific for the diagnosis of a concurrent infection; it should be combined with clinical decision making when evaluating post-surgical patients.[8]

In prior studies of RANTES expression by influenza A infection, normal bronchial and nasal epithelium secrete RANTES when exposed to influenza A and were elevated at 24 hours to a statistically significant level and peaked at 72 hours.[9]

[8] Martins de Oliveira V, Barberena Moraes R et al, Accuracy of C - Reactive protein as a bacterial infection marker in critically immunosuppressed patients: A systematic review and meta-analysis,Journal of Critical Care, Volume 42,2017 P129-137.
[9] Matsukura S et al. Expression of RANTES by normal airway epithelial cells after Influenza A infection. Am J Respir. Cell Mol Bio. 1998. Vol 18, 255-264.

Confidential: Destroy when review is complete.

RANTES contributed to continuous airway inflammation and hypersensitivity via chemotaxis of eosinophils to bronchial epithelium .[8] The development of ARDS in nCOV-19 is due to an amplified chemokine RANTES/CCL5 which lead to the gridlock of neutrophils, monocytes and activated T cells to lung alveoli as a result of pneumocyte infection.[10] Yen et al found the coronavirus infected monocytes produce amplified signals of RANTES/CCL5; other chemokines to attract activated T cells (RANTES/CCL5,CCL2/MCP-1,CCL3/MIP-1alpha,CXCL10/IP-10), monocytes (CCL5/RANTES,CCL2/MCP-1, CCL3/MIP-1alpha,CCL4/MIP-1beta) and neutrophils (CXCL8/IL-8)via mRNA immunocytochemical analysis. Along with altered chemotaxis created by unregulated RANTES the cytokines IL-6, TNF alpha and others continue to cause an inflammatory cascade in multiple organ systems.[11] The clinical features of renal failure, thromboembolic disease, shock and ARDS were seen in our patients as it has been described by literature sources as the result of the cytokine storm caused by the coronavirus. [12]

Confidential: For Review

---

[10] Yen Y et al. Modeling the early events of severe acute respiratory syndrome coronavirus infection in vitro. Journal of Virology. 2006. 80,2684-2693

[11] Ye Q, Wang B et al. The pathogenesis and treatment of the 'cytokine storm' in COVID 19. Journal of Infection. 2020. 607-613.

[12] Goodman, B. Cytokine storm fuel coronavirus deaths. Medicine, net April 2020. (https://www.medicinenet.com/cytokine_storms_fuel_coronavirus_deaths-news.htm)

Confidential: Destroy when review is complete.

Confidential Treatment Requested by CytoDyn, Inc CYDY-DOJ-EDATA-00088619 DOJ-PROD-0002383776

Dr. Harish Seethamraju, a critical care transplant physician in the epicenter of the pandemic in the United States, New York, New York reported unprecedented survival rates with the use of leronlimab.[13] Our coronavirus treatment protocol continuously changed based on CDC guidelines, clinical uses of prone positioning and first the use, then removal of hydroxychloroquine as a treatment option due to increase in death rates.[14] [15] [16] [17] Leronlimab was chosen due to its safety profile, mechanism of action and basic science physiology. There are currently four CCR5 receptor antagonists that were studied in HIV (Table 4) and each have their own toxic side effects or resistance to HIV concerns except leronlimab which has an exceptional safety profile.[18] [19] [20] [21] [22] Leronlimab or PRO 140 was studied in 2001 by Trkola et al and was found to be a CCR5 antagonist that binds to but does not transduce signals on T cells and macrophages.[23]

**Table 4. Other CCR5 Receptor antagonists and serious adverse reactions**

Confidential: For Review Only

---

[13] Akalin E, Azzi Y, Bartash R, Seethhamraju, H et al. COVID-19 and Kidney Transplantation. N Engl J Med April 24 2020.

[14] Papazian L, Auborn C. Formal guidelines: Management of acute respiratory distress syndrome. Annals of Critical care. June 2019.9 (69).

[15] Zhou, Dan et al. "COVID-19: a recommendation to examine the effect of hydroxychloroquine in preventing infection and progression." *The Journal of antimicrobial chemotherapy*, dkaa114. 20 Mar. 2020, doi:10.1093/jac/dkaa114.

[16] Mercuro NJ, Yen CF, Shim DJ, et al. Risk of QT Interval Prolongation Associated With Use of Hydroxychloroquine With or Without Concomitant Azithromycin Among Hospitalized Patients Testing Positive for Coronavirus Disease 2019 (COVID-19). *JAMA Cardiol.* Published online May 01, 2020. doi:10.1001/jamacardio.2020.1834

[17] Gautret, Philippe et al. "Hydroxychloroquine and azithromycin as a treatment of COVID-19: results of an open-label non-randomized clinical trial." *International journal of antimicrobial agents*, 105949. 20 Mar. 2020, doi:10.1016/j.ijantimicag.2020.105949.

[18] Jacobson JM, Saag MS, Thompson MA, et al. Antiviral activity of single-dose PRO 140, a CCR5 monoclonal antibody, in HIV-infected adults. *J Infect Dis*. 2008;198(9):1345-1352. doi:10.1086/592169.

[19] Pulley, Shon (2007). "CCR5 antagonists: from discovery to clinical efficacy". In Neote, Kuldeep; Letts, Gordon L.; Moser, Bernhard (eds.). *Chemokine Biology — Basic Research and Clinical Application*. Progress in Inflammation Research. **2**. Birkhauser Basel. pp. 145–163. doi:10.1007/978-3-7643-7437-2_11. ISBN 978-3-7643-7195-1.

[20] Nichols, W G et al. "Hepatotoxicity observed in clinical trials of aplaviroc (GW873140)." *Antimicrobial agents and chemotherapy* vol. 52,3 (2008): 858-65. doi:10.1128/AAC.00821-07.

[21] Loftus P (2010). "Merck Won't Seek FDA Approval For HIV Drug". *Wall Street Journal*. wsj.com. Retrieved 2010-01-21.

[22] FDA package insert. Accessed May 24th 2020. (https://www.accessdata.fda.gov/drugsatfda_docs/label/2007/022128lbl.pdf).

[23] Trkola A, Ketas T et al. Potent, Broad spectrum inhibition of Human Immunodeficiency virus type 1 by the CCR5 monoclonal antibody PRO 140. Journal of Virology Jan 2001, 579-588. doi10.1128/JVI.75.2.579-588.2001.

Confidential: Destroy when review is complete.

| CCR5 Receptor Antagonist | Serious adverse reactions |
| --- | --- |
| Leronlimab | None |
| Aplaviroc | liver toxicity |
| Vicriviroc | viral resistance |

We found RANTES to be the major pathologic cytokine. If further studies confirm our findings, RANTES may cause the cytokine storm due to infected coronavirus pneumocytes and monocytes by nCOV-19. The coronavirus may cause the signature release of this cytokine ligand which binds to the CCR5 receptor and causes an upregulated cascade of proinflammatory cytokines most notably IL-6, TNF-alpha and others. Leronlimab would bind to the CCR5 receptor with a higher affinity than RANTES which lead to calming the cytokine storm and restoration of immune system.

In the most recent study, convalescent plasma improved survival for nonintubated patients but not for patients already intubated and leads one to believe that this type of treatment cannot be extended to patients that have already developed a cytokine surge. [24] Convalescent plasma treatment option is therefore not a viable treatment option for those patients with the most to lose, the critically ill patients. This treatment option is not feasible in less densely populated areas due to lack of donors and the level of expertise to handle infusions and potential infusion reactions that may occur.

Clinically, patient B had the least amount of oxygen requirements, was on one vasopressor, had concurrent diagnosis of necrotizing fasciitis status post debridement of her wound five days prior to receiving leronlimab. She was extubated with 24hours of treatment. Although CRP decreased in patients A and C along with IL-6 and TNF alpha in all three patients CRP may be used in the future as a surrogate marker for clinical improvement depending on ongoing clinical trial data. The cytokine signature of RS is evident, if cytokine profiles are not available, CRP may be a surrogate biomarker to predict the need of vasopressor support in critically ill patients if the baseline CRP is elevated. Patient B had near normal CRP

[24] Lui et al. Convalescent plasma treatment of severe COVID-19: A matched control study. manuscript Accessed May 24th 2020. (https://www.medrxiv.org/content/10.1101/2020.05.20.20102236v1.full.pdf+html).

Confidential For Review

levels since admission but pathologic cytokines were elevated significantly. Although she had necrotizing fasciitis and had wound debridement five days prior to administration of leronlimab this does not account for normal levels. The cytokine profiles for three of the patients were available and we found only one of the three had an elevated GMCSF. Further studies would need to delineate tailored treatment.

The use of leronlimab in the novel coronavirus is limited to emergency investigational new drug (EIND) reported outcomes. It is currently being studied in multi-center, double-blind, randomized controlled clinical trials in the United States in patients with mild, moderate, severe and critical ncov19 disease.[25] There is, however, a plethora of in vitro and pre-clinical animal studies, as well as phase three trials to justify its use and do so safely. In a study published in *Immunity* in 2008, Kohlheimer et al investigated and reported mice lung infected with influenza and parainfluenza had more CD8 T cells recruited to the lungs to clear the viral burden in those with the CCR5 receptor compared to those mice that were CCR5 deficient. The chemotaxis effect of the CCR5 receptor accelerated the recruitment of CD8 T cells to attack viruses. Other chemokine ligands associated with chemotaxis of the CCR5 receptors in this study were CCL3, CCL4 and CCL5 or RANTES.[26] This study also showed that the proinflammatory cytokines such as IFN-γ, TNF α, IL-6, CCL2 and CXCL2 were all elevated in mice with CCR5 receptor. TNF alpha and IL-6 are the pro-inflammatory cytokines which have been shown to be significantly elevated in ncov19. [27] The impaired immune function due chemotaxis of CD8 T cells are a few of the key immune system dysfunction caused by nCOV19 and contribute to the high mortality rate during this pandemic.

## Conclusion

[25] https://clinicaltrials.gov/ct2/results?cond=leronlimab&term=&cntry=&state=&city=&dist=

[26] Kohlmeier et al. The chemokine receptor CCR5 plays a key role in the early memory CD8 T cell response to respiratory virus infections. *Immunity* 2008. Jul;29(1):101-113.

[27] Konig, Powell et al. Targeting the catecholamine-cytokine axis to prevent SARS-COV-2 cytokine storm syndrome. Manuscript available online. May 2020. (https://www.medrxiv.org/content/10.1101/2020.04.02.20051565v2).

The use of leronlimab has led to four remarkable recoveries from nCOVID19. RANTES is the main cytokine upregulated in the critically ill patients we studied during the coronavirus pandemic. RANTES may be the causes for this cytokine driven immunologic disorder due the novel coronavirus. Blocking the RANTES receptor CCR5 with leronlimab was the key to restoring immune function. Further studies will need to determine if leronlimab can be administered to RANTES driven seasonal disorders such as influenza. At the time of this submission, two out of the four patients treated with leronlimab have been discharged from the hospital and patient C our most critically ill patient is spending the majority of the day off the ventilator and continues to clinically improve. Two of our patients had a statistically significant decrease in IL-6 by day 7 (p=.034) and further studies will be needed to confirm our observation. Our fourth patient was injected with leronlimab on June 2nd 2020 and although cytokine profiles will not be available for a few more weeks, she no longer requires vasopressor support, is on a weaning protocol and extubation is expected within the next few days. None of the patients that have received leronlimab developed a DVT and all of the patients requiring hemodialysis were no longer dialysis dependent at the time of discharge. Early administration of leronlimab may have played a role in patient A not developing the need for hemodialysis as all others developed acute renal failure requiring HD. The use of leronlimab reported in this case study of critically ill patients along with the reported cytokine profile, restoration of immune system and 100% survival without residual neurologic or physical impairment should be considered proof of concept and potential indicator for clinical trials results to be reported in the summer of 2020. Based on clinical observations, administration of leronlimab should be considered at the time of diagnosis until we have more evidence to guide clinical decision making. Targeted therapy such as GM CSF, IL-6 and TNF-alpha antagonists would be a piecemeal approach to treatment. Our mortality rate of 0% in patients with critically ill COVID-19 should provide hope to the medical community for a potential treatment for the pandemic.

Confidential: Destroy when review is complete.

**Figure 1. (a,b,c,d,e)**

Days after leronlimab treatment

a) RANTES levels for patient A, B, C.
b) IL-6 and p values.
c) CRP (shaded grey area represents normal levels)
d) T cell and Monocyte receptor occupancy of leronlimab
e) Vasopressor support for each patient (patient C was on two vasopressors)




Confidential: Destroy when review is complete.

Submitted to the New England Journal of Medicine


**Supplemental Figure 2. Cytokine Profiles for patient A, B, and C. CD4/CD8**

Confidential: For Review

Confidential: Destroy when review is complete.


IL-9
IL-10
IL-12 (p40)
IL-12 (p70)
Patient A
Patient B
Patient C
IL-13
IL-15
IL-17A
IL-17E/IL-25
IL-17F
IL-18
IL-22
IL-27
IP-10
MCP-1
MCP-3
M-CSF
MDC (CCL22)
MIG
MIP-1α
MIP-1β
pg/ml
Days post-leronlimab


PDGF-AA
PDGF-AB/BB
TGFα
TNFα
Patient A
Patient B
Patient C
TNFβ
VEGF-A
%CD4
%CD8
CD4/CD8 ratio
T-reg RO
pg/ml
% CD4
% CD8
CD4/CD8
% CCR5 occupied
Days post-leronlimab

For Review


sCD40L
EGF
Eotaxin
FGF-2
Patient A
Patient B
Patient C
Flt-3 ligand
Fractalkine
G-CSF
GM-CSF
GROα
IFNα2
IFNγ
IL-1α
IL-1β
IL-1ra
IL-2
IL-3
IL-4
IL-5
IL-7
IL-8
pg/ml
Days post-leronlimab

Agresti N[1], Mosher S[1], Sudduth D[1], Stephens R[1], Elsharkawi, A[1] Mody K[2], Seethamraju H[3], Lalezari J[4], Pourhassan, N[4], Kelly, S[4], Patterson, B[5], Amodeo, P[1] Sudduth E[1], Lee-Lewis C[1], Alba-Yunen-R[1], Gratto-Cox, G[1], Wu H[6], Sacha J[6], Dhody ,K.[7]

1.Southeast Georgia Health System, Brunswick, GA 31520. 2. Mayo Clinic, Jacksonville 32224. 3. Montefiore Medical Center Albert Einstein University Bronx, NY 10467. 4. Cytodyn, Vancouver, Washington 98660. 5. Incell Dx San Carlos, CA 94070. 6. Vaccine and Gene Therapy Institute and Oregon National Primate Research Center, Oregon Health & Science University, Beaverton, OR 97006. 7. Amarex Clinical Research Germantown, MD 20874.

Confidential: For Review