UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**NADAR POURHASSAN and KAZEM KAZEMPOUR,**<br><br>**Defendants.** | **Criminal Action No. PX-22-440** |

## PRETRIAL SCHEDULING ORDER

Having considered the motion filed by the United States, the Court hereby orders the following schedule on pre-trial matters:

| | |
|---|---|
| May 24, 2024 | *Daubert* Motions Due |
| June 3, 2024 | *Daubert* Responses Due |
| June 10, 2024 | *Daubert* Replies Due |
| June 24, 2024 at 12:00 p.m. | Hearing on *Daubert* Motions |
| September 16, 2024 | Parties resubmit proposed jury instructions and voir dire to Court |
| October 2, 2024 | Parties exchange proposed summary exhibits |
| October 21, 2024 at 10:30 a.m. | Pre-trial Conference |

Dated: May 6, 2024

                                                  /s/
                                       Paula Xinis
                                       United States District Judge