IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Docket Number 8:22-cr-00440-PX |
| NADER POURHASSAN and KAZEM KAZEMPOUR, | ) |
| Defendants. | ) |

**JURY TRIAL - VOLUME XVII of XVII**

VERDICT
BEFORE THE HONORABLE PAULA XINIS
UNITED STATES DISTRICT COURT JUDGE
MONDAY, DECEMBER 9, 2024, AT 12:00 P.M.

APPEARANCES:

On Behalf of the Plaintiff:

BY: MATTHEW REILLY, ESQUIRE
VASANTH SRIDHARAN, ESQUIRE
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue NW
Washington, DC 20005
(202)538-3859

BY: ADEYEMI ADENRELE, ESQUIRE
U.S. ATTORNEYS OFFICE
36 S. Charles Street
Baltimore, MD 21201
(410)209-4800

(APPEARANCES CONTINUED)

**COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***

CONTINUED APPEARANCES:

On Behalf of Defendant Nader Pourhassan:

BY: ADAM LURIE, ESQUIRE
LINKLATERS, LLP
601 Thirteenth Street NW, Suite 400
Washington, DC 20006
(202)654-9227

BY: DOUGLAS TWEEN, ESQUIRE
CHARLENE WARNER, ESQUIRE
NICOLE JERRY, ESQUIRE
LINKLATERS, LLP
1290 Avenue of the America
New York, NY 10104
(917)588-9852

On Behalf of Defendant Kazem Kazempour:

BY: GRACE SIMMONS, ESQUIRE
CAROLINE BURTON, ESQUIRE
JASON COWLEY, ESQUIRE
McGUIRE WOODS, LLP
888 16th Street NW
Black Lives Matter Plaza
Suite 500
Washington, DC 20006
(202)828-2966

ALSO PRESENT: Kazem Kazempour, Defendant
Nader Pourhassan, Defendant

P R O C E E D I N G S

(Court called to order.)

(The following proceedings were had out of the presence of the jury:)

**DEPUTY CLERK:** All rise. The United States District Court for the District of Maryland is now in session. The Honorable Paula Xinis presiding.

**THE COURT:** Good afternoon, almost, everyone. You all can have a seat.

Will the government call the case.

**MS. ARCHER:** United States v. Nader Pourhassan and Kazem Kazempour, criminal number PX-22-440.

On behalf of the United States, Lauren Archer, Matthew Reilly, Vasanth Sridharan, and Adeyemi Adenrele.

**THE COURT:** Okay.

**MR. LURIE:** Hello, Your Honor. For Dr. Pourhassan, Adam Lurie, Dr. Pourhassan, Nicole Jerry, Doug Tween, and Charlene Warner.

**MS. O'NEIL:** Good morning, Your Honor. Ben O'Neil, Jason Cowley, Caroline Burton and Dr. Kazempour.

**THE COURT:** Okay. Welcome, all.

So it sounds like we have a verdict. That's the note that we received from Juror Number 1 at 11:32. So unless there's anything else anyone needs, we'll get the jury.

While the jury is assembling, I want to let you all know

that our local rule is none of the attorneys are to talk to the jurors afterwards, but I go back and I thank them for their service. I don't engage on the merits of the case. I simply just hand out a certificate that we give them and thank them for their hard work. Okay?

**DEPUTY CLERK:** All rise for the jury.

(The jury entered the courtroom at 11:47 a.m. and the following proceedings were had:)

**THE COURT:** All right. Ladies and gentlemen, good afternoon. You all can have a seat.

I understand that you all have reached a verdict, so I'm going to turn it over to Mr. Ulander.

**DEPUTY CLERK:** Yes, Your Honor.

We are here to receive the verdict in Criminal Action Number PX-22-440, The United States of America v. Nader Pourhassan and Kazem Kazempour.

Members of the jury, will you please answer "present" when I call your juror number.

Juror Number 1.

**JUROR NO. 1:** Present.

**DEPUTY CLERK:** Juror Number 2.

**JUROR NO. 2:** Present. All right.

**DEPUTY CLERK:** Juror Number 3.

**JUROR NO. 3:** Present.

**DEPUTY CLERK:** Juror Number 4.

**JUROR NO. 4:** Present.

**DEPUTY CLERK:** Juror Number 5.

**JUROR NO. 5:** Present.

**DEPUTY CLERK:** Juror Number 6.

**JUROR NO. 6:** Present.

**DEPUTY CLERK:** Juror Number 7.

**JUROR NO. 7:** Present.

**DEPUTY CLERK:** Juror Number 8.

**JUROR NO. 8:** Present.

**DEPUTY CLERK:** Juror Number 9.

**JUROR NO. 9:** Present.

**DEPUTY CLERK:** Juror Number 10.

**JUROR NO. 10:** Present.

**DEPUTY CLERK:** Juror Number 11?

**JUROR NO. 11:** Present.

**DEPUTY CLERK:** And Juror Number 12?

**JUROR NO. 12:** Present.

**DEPUTY CLERK:** Members of the jury, have you agreed on your verdict?

**THE JURY:** (In unison) Yes.

**DEPUTY CLERK:** And who shall speak for you?

**JUROR NO. 1:** Juror Number 1 for the parties.

**THE COURT:** Mr. Foreperson, please rise.

Has the verdict form which was submitted to the jury been answered?

**JUROR NO. 1:** Yes.

**THE COURT:** Has it been signed and dated by you?

**JUROR NO. 1:** Yes.

**THE CLERK:** I will come down to you. Please provide me with the verdict so I may present it to the judge.

(Judge Xinis reviewing verdict.)

**THE COURT:** Okay.

**DEPUTY CLERK:** As I read the questions, please provide the answers.

For the verdict form of Defendant Nader Pourhassan, Count 1, conspiracy to commit securities and wire fraud, how do you find the defendant, Nader Pourhassan, as the conspiracy charged in Count 1, guilty or not guilty?

**JUROR NO. 1:** Not guilty.

**DEPUTY CLERK:** Count 2, securities fraud, how do you find the defendant, Nader Pourhassan, as to securities fraud charged in Count 2, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**DEPUTY CLERK:** Count 3, securities fraud, how do you find the defendant, Nader Pourhassan, as to the securities fraud charged in Count 3, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**DEPUTY CLERK:** Count 4, how do you find the defendant, Nader Pourhassan, as to securities fraud charged in Count 4, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**DEPUTY CLERK:** Count 5, securities fraud, how do you find the defendant, Nader Pourhassan, as to securities fraud charged in Count 5, guilty or not?

**JUROR NO. 1:** Guilty.

**DEPUTY CLERK:** Count 6, wire fraud, how do you find the defendant, Nader Pourhassan, as to wire fraud charged in Count 6, guilty or not guilty?

**JUROR NO. 1:** Not guilty.

**DEPUTY CLERK:** Count 7, wire fraud, how do you find the defendant, Nader Pourhassan, as to wire fraud charged in Count 7, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**DEPUTY CLERK:** Count 10, how do you find the defendant, Nader Pourhassan, as to wire fraud charged in Count 10, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**DEPUTY CLERK:** Count 11, insider trading, how do you find the defendant, Nader Pourhassan, as to insider trading charged in Count 11, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**THE COURT:** Count 12, insider trading, how do you find the defendant, Nader Pourhassan, as to insider trading charged in Count 12, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**THE COURT:** Count 13, insider trading, how do you find the defendant, Nader Pourhassan, as to insider trading charged in Count 13, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**THE COURT:** I'm going to take each of these verdicts separately. So, Mr. Lurie, does anyone wish to have the jury polled?

**MR. LURIE:** Yes, Your Honor, please.

**THE COURT:** Okay. Go ahead.

**DEPUTY CLERK:** Juror Number 1, having delivered the verdict of your -- of the jury, is that your verdict also?

**JUROR NO. 1:** Yes.

**DEPUTY CLERK:** Juror Number 2, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 2:** Yes.

**DEPUTY CLERK:** Juror Number 3, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 3:** Yes.

**DEPUTY CLERK:** Juror Number 4, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 4:** Yes.

**DEPUTY CLERK:** Juror Number 5, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 5:** Yes.

**DEPUTY CLERK:** Juror Number 6, having heard the

verdict of your foreperson, is that your verdict also?

**JUOR NO, 6:** Yes.

**DEPUTY CLERK:** Juror Number 7, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 7:** Yes.

**DEPUTY CLERK:** Juror Number 8, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 8:** Yes.

**DEPUTY CLERK:** Juror Number 9, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 9:** Yes.

**DEPUTY CLERK:** Juror Number 10, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 10:** Yes.

**DEPUTY CLERK:** Juror Number 11, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 11:** Yes.

**DEPUTY CLERK:** Juror Number 12, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 12:** Yes.

**DEPUTY CLERK:** Members of the jury, you've heard the verdict and answers thereto as delivered by your foreperson, and they have been recorded. And do each of you agree?

**THE JURY:** (In unison) Yes.

**DEPUTY CLERK:** Verdict recorded as to Defendant Nader

Pourhassan, Your Honor.

**THE COURT:** Thank you. Okay.

**DEPUTY CLERK:** As to the verdict form of Defendant Kazem Kazempour, as I read the questions, please provide the answers.

Count 1, conspiracy to commit securities and wire fraud, how do you find the defendant, Kazem Kazempour, as to conspiracy charged in Count 1, guilty or not guilty?

**JUROR NO. 1:** Not guilty.

**DEPUTY CLERK:** Count 2, securities fraud, how do you find the defendant, Kazem Kazempour, as to securities fraud charged in Count 2, guilty or not guilty?

**JUROR NO. 1:** Not guilty.

**DEPUTY CLERK:** Count 3, securities fraud, how do you find the defendant, Kazem Kazempour, as to securities fraud charged in Count 3, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**DEPUTY CLERK:** Count 4, securities fraud, how do you find the defendant, Kazem Kazempour, as to securities fraud charged in Count 4, guilty or not guilty?

**JUROR NO. 1:** Not guilty.

**DEPUTY CLERK:** Count 5, securities fraud, how do you find the defendant, Kazem Kazempour, as to securities fraud charged in Count 5, guilty or not guilty?

**JUROR NO. 1:** Not guilty.

**DEPUTY CLERK:** Count 8, wire fraud, how do you find the defendant, Kazem Kazempour, as to wire fraud charged in Count 8, guilty or not guilty?

**JUROR NO. 1:** Guilty.

**DEPUTY CLERK:** Count 9, wire fraud, how do you find the defendant, Kazem Kazempour, as to wire fraud charged in Count 9, guilty or not guilty?

**JUROR NO. 1:** Not guilty.

**DEPUTY CLERK:** Count 14, false statement, how do you find the defendant, Kazem Kazempour, as to false statement to a law enforcement officer charged in Count 14, guilty or not guilty?

**JUROR NO. 1:** Not guilty.

**THE COURT:** All right. Counsel for Dr. Kazempour, do you wish to have the jury polled?

**MR. COWLEY:** Yes, Your Honor.

**DEPUTY CLERK:** Juror Number 1, having delivered the verdict the jury, is that your verdict also?

**JUROR NO. 1:** Yes.

**DEPUTY CLERK:** Juror Number 2, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 2:** Yes.

**DEPUTY CLERK:** Juror Number 3, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 3:** Yes.

**DEPUTY CLERK:** Juror Number 4, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 4:** Yes.

**DEPUTY CLERK:** Juror Number 5, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 5:** Yes.

**DEPUTY CLERK:** Juror Number 6, having heard the verdict of your foreperson, is that your verdict also?

**JUOR NO, 6:** Yes.

**DEPUTY CLERK:** Juror Number 7, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 7:** Yes.

**DEPUTY CLERK:** Juror Number 8, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 8:** Yes.

**DEPUTY CLERK:** Juror Number 9, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 9:** Yes.

**DEPUTY CLERK:** Juror Number 10, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 10:** Yes.

**DEPUTY CLERK:** Juror Number 11, having heard the verdict of your foreperson, is that your verdict also?

**JUROR NO. 11:** Yes.

**DEPUTY CLERK:** And Juror Number 12, having heard the

verdict of your foreperson, is that your verdict also?

**JUROR NO. 12:** Yes.

**DEPUTY CLERK:** Members of the jury, you have heard the verdict and answers thereto as delivered by your foreperson, and they have been recorded. And do each of you agree?

**THE JURY:** (In unison) Yes.

**DEPUTY CLERK:** Verdict recorded as to Defendant Kazem Kazempour, Your Honor.

**THE COURT:** Okay. And Juror Number 1, you can have a seat.

I just want to take a moment on behalf of everyone here, including myself, to thank you so much for your service. It is obvious to me in the many days of your deliberation and how careful you paid attention in this case that you have done your civic duty and you've gone the full distance. I very much appreciate it.

And we do have a certificate of completion or appreciation. It's something to say thank you and to remember this important moment, hopefully for you all, in your lives.

If you wish, in a moment, I want to come back and just personally thank you. So for anyone who wishes to stick around, you sure can. It will be a pleasure to meet you in person.

I also want to let you know, though, if you choose to go,

the parties know that they are not to have any interaction with you, it's our local rule, just so that you can go home and get to your car without, you know, concern about asking -- answering any questions.

So with that, I thank you again, and your duty is concluded.

**THE JURY:** (In unison) Thank you.

**DEPUTY CLERK:** All rise for the jury.

(The jury left the courtroom at 12:08 p.m., and the following proceedings were had out of the presence of the jury:)

**THE COURT:** All right, counsel, you all can have a seat.

My standard practice is to simply have you contact chambers for a sentencing date, once you have an opportunity to meet and confer and decide what makes sense in terms of timing.

Dr. Kazempour and Dr. Pourhassan have been on release conditions. I haven't heard any issues, so I assume those will remain the same, correct?

**MS. ARCHER:** Yes.

**THE COURT:** Okay. All right. Is there anything else, then, that we need to discuss?

**MR. COWLEY:** No, Your Honor.

**THE COURT:** Okay. All right. Well, I thank you all for your service, for your particular diligence to your

respective sides, and we are adjourned. I'm sure I will be hearing from all of you soon. Thank you.

(ALL: Thank you.)

**DEPUTY CLERK:** All rise. This Honorable Court now stands adjourned.

(Proceedings were concluded at 12:10 p.m.)

CERTIFICATE OF OFFICIAL REPORTER

I, Paula J. Leeper, Federal Official Court Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 10th day of December 2024.

*/S/ Paula J. Leeper*

______________________

Paula J. Leeper, RPR, CRR
Federal Official Reporter

**DEPUTY CLERK: [63]**
**JUOR NO, 6: [2]** 17:9/6 17:12/9
**JUROR NO. 10: [3]** 17:5/13 17:9/14 17:12/21
**JUROR NO. 11: [3]** 17:5/15 17:9/17 17:12/24
**JUROR NO. 12: [3]** 17:5/17 17:9/20 17:13/2
**JUROR NO. 1: [25]**
**JUROR NO. 2: [3]** 17:4/22 17:8/15 17:11/22
**JUROR NO. 3: [3]** 17:4/24 17:8/18 17:11/25
**JUROR NO. 4: [3]** 1:5/1 17:8/21 17:12/3
**JUROR NO. 5: [3]** 17:5/3 17:8/24 17:12/6
**JUROR NO. 6: [1]** 17:5/5
**JUROR NO. 7: [3]** 17:5/7 17:9/5 17:12/12
**JUROR NO. 8: [3]** 17:5/9 17:9/8 17:12/15
**JUROR NO. 9: [3]** 17:5/11 17:9/11 17:12/18
**MR. COWLEY: [2]** 17:11/16 17:14/23
**MR. LURIE: [2]** 17:3/16 17:8/8
**MS. ARCHER: [2]** 17:3/11 17:14/20
**MS. O'NEIL: [1]** 17:3/19
**THE CLERK: [1]** 17:6/4
**THE COURT: [17]**
**THE JURY: [4]** 17:5/20 17:9/24 17:13/7 17:14/7

**/**

**/S [1]** 17:16/15

**1**

**10 [5]** 17:5/12 17:7/14 17:7/16 17:9/12 17:12/19
**10104 [1]** 17:2/8
**10th [1]** 17:16/12
**11 [5]** 17:5/14 17:7/18 17:7/20 17:9/15 17:12/22
**11:32 [1]** 17:3/23
**11:47 [1]** 17:4/7
**12 [5]** 17:5/16 17:7/22 17:7/24 17:9/18 17:12/25
**1290 [1]** 17:2/8
**12:00 [1]** 17:1/12
**12:08 [1]** 17:14/9
**12:10 [1]** 17:15/6
**13 [2]** 1:8/1 17:8/3
**14 [2]** 17:11/9 17:11/11
**1400 [1]** 17:1/17
**16th [1]** 17:2/13

**2**

**20005 [1]** 17:1/17
**20006 [2]** 17:2/4 17:2/14
**202 [3]** 17:1/18 17:2/5 17:2/15
**2024 [2]** 17:1/12 17:16/12
**209-4800 [1]** 17:1/21
**21201 [1]** 17:1/20
**28 [1]** 17:16/6
**2966 [1]** 17:2/15

**3**

**36 [1]** 17:1/20
**3859 [1]** 17:1/18

**4**

**400 [1]** 17:2/4
**410 [1]** 17:1/21
**440 [2]** 17:3/12 17:4/15
**4800 [1]** 17:1/21

**5**

**500 [1]** 17:2/14
**538-3859 [1]** 17:1/18
**588-9852 [1]** 17:2/9

**6**

**601 [1]** 17:2/4
**654-9227 [1]** 17:2/5

**7**

**753 [1]** 17:16/6

**8**

**828-2966 [1]** 17:2/15
**888 [1]** 17:2/13
**8:22-cr-00440-PX [1]** 17:1/6

**9**

**917 [1]** 17:2/9
**9227 [1]** 17:2/5
**9852 [1]** 17:2/9

**A**

**a.m [1]** 17:4/7
**above [1]** 17:16/9
**above-entitled [1]** 17:16/9
**Action [1]** 17:4/14
**ADAM [2]** 17:2/3 17:3/17
**ADENRELE [2]** 17:1/19 17:3/14
**ADEYEMI [2]** 17:1/19 17:3/14
**adjourned [2]** 17:15/1 17:15/5
**afternoon [2]** 17:3/8 17:4/10
**afterwards [1]** 17:4/2
**again [1]** 17:14/5
**agree [2]** 17:9/23 17:13/6
**agreed [1]** 17:5/18
**ahead [1]** 17:8/9
**AIDED [1]** 17:1/25
**all [20]**
**almost [1]** 17:3/8
**also [26]**
**AMERICA [3]** 17:1/4 17:2/8 17:4/15
**America v. Nader [1]** 17:4/15
**answer [1]** 17:4/17
**answered [1]** 17:5/25
**answering [1]** 17:14/4
**answers [4]** 17:6/9 17:9/22 17:10/5 17:13/4
**anyone [3]** 17:3/24 17:8/6 17:13/22
**anything [2]** 17:3/24 17:14/21
**APPEARANCES [3]** 17:1/13 17:1/24 17:2/1
**appreciate [1]** 17:13/17
**appreciation [1]** 17:13/19
**Archer [1]** 17:3/13
**around [1]** 17:13/23
**asking [1]** 17:14/3
**assembling [1]** 17:3/25
**assume [1]** 17:14/18
**attention [1]** 17:13/15
**attorneys [2]** 17:1/19 17:4/1
**Avenue [2]** 17:1/17 17:2/8

**B**

**back [2]** 17:4/2 17:13/21
**Baltimore [1]** 17:1/20
**BEFORE [1]** 17:1/11
**behalf [5]** 17:1/14 17:2/2 17:2/10 17:3/13 17:13/12
**Ben [1]** 17:3/19
**Black [1]** 17:2/13
**BURTON [2]** 17:2/11 17:3/20

**C**

**call [2]** 17:3/10 17:4/18
**called [1]** 17:3/2
**car [1]** 17:14/3
**careful [1]** 17:13/15
**CAROLINE [2]** 17:2/11 17:3/20
**case [3]** 17:3/10 17:4/3 17:13/15
**certificate [3]** 17:4/4 17:13/18 17:15/7
**certify [1]** 17:16/6
**chambers [1]** 17:14/15
**charged [19]**
**CHARLENE [2]** 17:2/6 17:3/18
**Charles [1]** 17:1/20
**choose [1]** 17:13/25
**civic [1]** 17:13/16
**come [2]** 17:6/4 17:13/21
**commit [2]** 17:6/11 17:10/6
**completion [1]** 17:13/18
**COMPUTER [1]** 17:1/25
**COMPUTER-AIDED [1]** 17:1/25
**concern [1]** 17:14/3
**concluded [2]** 17:14/6 17:15/6
**conditions [1]** 17:14/18
**confer [1]** 17:14/16
**Conference [1]** 17:16/10
**conformance [1]** 17:16/10
**conspiracy [4]** 17:6/11 17:6/12 17:10/6 17:10/8
**contact [1]** 17:14/14
**CONTINUED [2]** 17:1/24 17:2/1
**correct [2]** 17:14/19 17:16/7
**counsel [2]** 17:11/14 17:14/12
**Count [38]**
**Count 1 [4]** 17:6/11 17:6/13 17:10/6 17:10/8
**Count 10 [2]** 17:7/14 17:7/16
**Count 11 [2]** 17:7/18 17:7/20
**Count 12 [2]** 17:7/22 17:7/24
**Count 13 [2]** 1:8/1 17:8/3
**Count 2 [2]** 17:6/17 17:10/12
**Count 3 [4]** 17:6/19 17:6/21 17:10/14 17:10/16
**Count 7 [2]** 17:7/10 17:7/12
**Count 8 [2]** 1:11/1 17:11/3
**Count 9 [1]** 17:11/5
**COURT [7]** 17:1/1 17:1/12 17:3/2 17:3/6 17:15/4 17:16/4 17:16/5
**courtroom [2]** 17:4/7 17:14/9
**COWLEY [2]** 17:2/12 17:3/20
**cr [1]** 17:1/6
**criminal [2]** 17:3/12 17:4/14
**CRR [1]** 17:16/16

**D**

**date [1]** 17:14/15
**dated [2]** 17:6/2 17:16/12
**day [1]** 17:16/12
**days [1]** 17:13/14
**DC [3]** 17:1/17 17:2/4 17:2/14
**DECEMBER [2]** 17:1/12 17:16/12
**decide [1]** 17:14/16
**defendant [27]**
**Defendants [1]** 17:1/8
**deliberation [1]** 17:13/14
**delivered [4]** 17:8/10 17:9/22 17:11/17 17:13/4
**DEPARTMENT [1]** 17:1/16
**diligence [1]** 17:14/25
**discuss [1]** 17:14/22
**distance [1]** 17:13/16
**DISTRICT [7]** 17:1/1 17:1/1 17:1/12 17:3/5 17:3/6 17:16/5 17:16/5
**DIVISION [1]** 17:1/2
**do [24]**
**Docket [1]** 17:1/5
**Doug [1]** 17:3/17
**DOUGLAS [1]** 17:2/6
**down [1]** 17:6/4
**Dr. [6]** 17:3/16 17:3/17 17:3/20 17:11/14 17:14/17 17:14/17
**Dr. Kazempour [3]** 17:3/20 17:11/14 17:14/17
**Dr. Pourhassan [3]** 17:3/16 17:3/17 17:14/17
**duty [2]** 17:13/16 17:14/5

**E**

**each [3]** 17:8/5 17:9/23 17:13/5
**else [2]** 17:3/24 17:14/22
**enforcement [1]** 17:11/11
**engage [1]** 17:4/3
**entered [1]** 17:4/7
**entitled [1]** 17:16/9
**ESQUIRE [10]** 17:1/15 17:1/16 17:1/19 17:2/3 17:2/6 17:2/6 17:2/7 17:2/11 17:2/11 17:2/12
**everyone [2]** 17:3/8 17:13/12

**F**

**false [2]** 17:11/9 17:11/10
**Federal [2]** 17:16/4 17:16/17
**find [19]**
**following [3]** 17:3/3 17:4/8 17:14/10
**foregoing [1]** 17:16/7
**foreperson [25]**
**form [3]** 17:5/24 17:6/10 17:10/3
**format [1]** 17:16/9
**fraud [26]**
**full [1]** 17:13/16

**G**

**gentlemen [1]** 17:4/9
**give [1]** 17:4/4
**go [4]** 17:4/2 17:8/9 17:13/25 17:14/2
**going [2]** 17:4/12 17:8/5
**gone [1]** 17:13/16
**good [3]** 17:3/8 17:3/19 17:4/9
**government [1]** 17:3/10
**GRACE [1]** 17:2/11
**GREENBELT [1]** 17:1/2
**guilty [56]**

**H**

**hand [1]** 17:4/4
**hard [1]** 17:4/5
**having [24]**
**heard [25]**
**hearing [1]** 17:15/2
**held [1]** 17:16/8
**Hello [1]** 17:3/16
**hereby [1]** 17:16/6
**home [1]** 17:14/2
**Honor [8]** 17:3/16 17:3/19 17:4/13 17:8/8 17:10/1 17:11/16 17:13/9 17:14/23
**HONORABLE [3]** 17:1/11 17:3/7 17:15/4
**hopefully [1]** 17:13/20

**I**

**I'm [3]** 17:4/11 17:8/5 17:15/1
**important [1]** 17:13/20
**including [1]** 17:13/13
**insider [6]** 17:7/18 17:7/19 17:7/22 17:7/23 17:8/1 17:8/2
**interaction [1]** 17:14/1
**is [33]**
**issues [1]** 17:14/18

**J**

**JASON [2]** 17:2/12 17:3/20
**JERRY [2]** 17:2/7 17:3/17
**judge [3]** 17:1/12 17:6/5 17:6/6
**Judicial [1]** 17:16/10
**juror [40]**
**jurors [1]** 17:4/2
**jury [18]**
**JUSTICE [1]** 17:1/16

**K**

**KAZEM [15]** 17:1/7 17:2/10 17:2/16 17:3/12 17:4/16 17:10/4 17:10/7 17:10/11 17:10/15 17:10/19 17:10/23 17:11/2 17:11/6 17:11/10 17:13/8
**KAZEMPOUR [18]**

**L**

**Ladies [1]** 17:4/9
**Lauren [1]** 17:3/13
**law [1]** 17:11/11
**Leeper [3]** 17:16/4 17:16/15 17:16/16
**left [1]** 17:14/9
**LINKLATERS [2]** 17:2/3 17:2/7
**lives [2]** 17:2/13 17:13/20
**LLP [3]** 17:2/3 17:2/7 17:2/12
**local [2]** 17:4/1 17:14/2
**LURIE [3]** 17:2/3 17:3/17 17:8/6

**M**

**makes [1]** 17:14/16
**many [1]** 17:13/14
**MARYLAND [3]** 17:1/1 17:3/6 17:16/6
**matter [2]** 17:2/13 17:16/9
**MATTHEW [2]** 17:1/15 17:3/13
**may [1]** 17:6/5
**McGUIRE [1]** 17:2/12
**MD [1]** 17:1/20
**meet [2]** 17:13/23 17:14/16
**Members [4]** 17:4/17 17:5/18 17:9/21 17:13/3
**merits [1]** 17:4/3
**moment [3]** 17:13/12 17:13/20 17:13/21
**MONDAY [1]** 17:1/12
**morning [1]** 17:3/19
**Mr. [3]** 17:4/12 17:5/23 17:8/6
**Mr. Foreperson [1]** 17:5/23
**Mr. Lurie [1]** 17:8/6
**Mr. Ulander [1]** 17:4/12
**much [2]** 17:13/13 17:13/16
**myself [1]** 17:13/13

**N**

**NADER [18]**
**need [1]** 17:14/22
**needs [1]** 17:3/24
**New [2]** 17:1/17 17:2/8
**NICOLE [2]** 17:2/7 17:3/17
**No [1]** 17:14/23

**N**

**none [1]** 17:4/1
**not [28]**
**note [1]** 17:3/22
**NOTES [1]** 17:1/25
**number [43]**
**Number 1 [1]** 17:3/23
**NW [3]** 17:1/17 17:2/4 17:2/13
**NY [1]** 17:2/8

**O**

**O'Neil [1]** 17:3/19
**obvious [1]** 17:13/14
**OFFICE [1]** 17:1/19
**officer [1]** 17:11/11
**OFFICIAL [3]** 17:16/1 17:16/4 17:16/17
**Okay [9]** 17:3/15 17:3/21 17:4/5 17:6/7 17:8/9 17:10/2 17:13/10 17:14/21 17:14/24
**once [1]** 17:14/15
**opportunity [1]** 17:14/15
**order [1]** 17:3/2
**out [3]** 17:3/3 17:4/4 17:14/10
**over [1]** 17:4/12

**P**

**p.m [3]** 17:1/12 17:14/9 17:15/6
**page [1]** 17:16/9
**paid [1]** 17:13/15
**particular [1]** 17:14/25
**parties [2]** 17:5/22 17:14/1
**PAULA [5]** 17:1/11 17:3/7 17:16/4 17:16/15 17:16/16
**person [1]** 17:13/24
**personally [1]** 17:13/22
**Plaintiff [2]** 17:1/5 17:1/14
**Plaza [1]** 17:2/13
**please [6]** 17:4/17 17:5/23 17:6/4 17:6/8 17:8/8 17:10/4
**pleasure [1]** 17:13/23
**polled [2]** 17:8/7 17:11/15
**POURHASSAN [21]**
**practice [1]** 17:14/14
**presence [2]** 17:3/3 17:14/10
**present [15]** 17:2/16 17:4/17 17:4/20 17:4/22 17:4/24 1:5/1 17:5/3 17:5/5 17:5/7 17:5/9 17:5/11 17:5/13 17:5/15 17:5/17 17:6/5
**presiding [1]** 17:3/7
**proceedings [5]** 17:3/3 17:4/8 17:14/10 17:15/6 17:16/8
**provide [3]** 17:6/4 17:6/9 17:10/4
**pursuant [1]** 17:16/6
**PX [3]** 17:1/6 17:3/12 17:4/15
**PX-22-440 [2]** 17:3/12 17:4/15

**Q**

**questions [3]** 17:6/8 17:10/4 17:14/4

**R**

**reached [1]** 17:4/11
**read [2]** 17:6/8 17:10/4
**receive [1]** 17:4/14
**received [1]** 17:3/23
**recorded [4]** 17:9/23 17:9/25 17:13/5 17:13/8
**regulations [1]** 17:16/10
**REILLY [2]** 17:1/15 17:3/14
**release [1]** 17:14/17
**remain [1]** 17:14/19
**remember [1]** 17:13/19
**reported [1]** 17:16/8
**REPORTER [3]** 17:16/1 17:16/4 17:16/17
**respective [1]** 17:15/1
**reviewing [1]** 17:6/6
**right [6]** 17:4/9 17:4/22 17:11/14 17:14/12 17:14/21 17:14/24
**rise [5]** 17:3/5 17:4/6 17:5/23 17:14/8 17:15/4
**RPR [1]** 17:16/16
**rule [2]** 17:4/1 17:14/2

**S**

**same [1]** 17:14/19
**seat [4]** 17:3/9 17:4/10 17:13/11 17:14/13
**securities [17]**
**sense [1]** 17:14/16
**sentencing [1]** 17:14/15
**separately [1]** 17:8/6
**service [3]** 17:4/3 17:13/13 17:14/25
**session [1]** 17:3/6
**shall [1]** 17:5/21
**sides [1]** 17:15/1
**signed [1]** 17:6/2
**SIMMONS [1]** 17:2/11
**simply [2]** 17:4/3 17:14/14
**so [10]** 17:3/22 17:3/23 17:4/11 17:6/5 17:8/6 17:13/13 17:13/22 17:14/2 17:14/5 17:14/18
**something [1]** 17:13/19
**soon [1]** 17:15/2
**sounds [1]** 17:3/22
**speak [1]** 17:5/21
**SRIDHARAN [2]** 17:1/16 17:3/14
**standard [1]** 17:14/14
**stands [1]** 17:15/5
**statement [2]** 17:11/9 17:11/10
**STATES [9]** 17:1/1 17:1/4 17:1/12 17:3/5 17:3/11 17:3/13 17:4/15 17:16/5 17:16/11
**States v. Nader [1]** 17:3/11
**stenographically [1]** 17:16/8
**stenographically-reported [1]** 17:16/8
**STENOTYPE [1]** 17:1/25
**stick [1]** 17:13/22
**Street [3]** 17:1/20 17:2/4 17:2/13
**submitted [1]** 17:5/24
**Suite [2]** 17:2/4 17:2/14

**T**

**talk [1]** 17:4/1
**terms [1]** 17:14/16
**thereto [2]** 17:9/22 17:13/4
**Thirteenth [1]** 17:2/4
**though [1]** 17:13/25
**timing [1]** 17:14/16
**trading [6]** 17:7/18 17:7/19 17:7/22 17:7/23 17:8/1 17:8/2
**transcript [2]** 17:16/7 17:16/9
**TRANSCRIPTION [1]** 17:1/25
**TRIAL [1]** 17:1/10
**true [1]** 17:16/7
**turn [1]** 17:4/12
**TWEEN [2]** 17:2/6 17:3/17

**U**

**U.S [2]** 17:1/16 17:1/19
**U.S.C [1]** 17:16/6
**Ulander [1]** 17:4/12
**understand [1]** 17:4/11
**unison [4]** 17:5/20 17:9/24 17:13/7 17:14/7
**UNITED [9]** 17:1/1 17:1/4 17:1/12 17:3/5 17:3/11 17:3/13 17:4/15 17:16/5 17:16/11
**unless [1]** 17:3/23

**V**

**v. [2]** 17:3/11 17:4/15
**VASANTH [2]** 17:1/16 17:3/14
**verdict [62]**
**verdicts [1]** 17:8/5
**very [1]** 17:13/16
**VOLUME [1]** 17:1/10
**vs [1]** 17:1/6

**W**

**want [4]** 17:3/25 17:13/12 17:13/21 17:13/25
**WARNER [2]** 17:2/6 17:3/18
**was [1]** 17:5/24
**Washington [3]** 17:1/17 17:2/4 17:2/14
**we'll [1]** 17:3/24
**Welcome [1]** 17:3/21
**Well [1]** 17:14/24
**While [1]** 17:3/25
**wire [11]** 17:6/11 17:7/6 17:7/7 17:7/10 17:7/11 17:7/15 17:10/6 17:11/1 17:11/2 17:11/5 17:11/6
**wish [3]** 17:8/6 17:11/15 17:13/21
**wishes [1]** 17:13/22
**without [1]** 17:14/3
**WOODS [1]** 17:2/12
**work [1]** 17:4/5

**X**

**XINIS [3]** 17:1/11 17:3/7 17:6/6
**XVII [2]** 17:1/10 17:1/10

**Y**

**Yes [33]**
**York [2]** 17:1/17 17:2/8