IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| v. | * | Criminal Case No. PX 22-440 |
| Nader Pourhassan | | |
| Kazem Kazempour | * | |
| ****** | | |

## AMENDED SENTENCING ORDER

For the reasons discussed during today's recorded conference, the Court amends the Defendants' sentencing orders as follows:

| | |
|---|---|
| **July 2, 2025** | Defendants expert disclosures under Federal Rule of Criminal Procedure 16 to Government |
| **July 23, 2025** | Government Rule 16 reciprocal expert disclosures |
| **August 13, 2025** | Government Guidelines Memorandum due (45 pages exclusive of exhibits) |
| **September 3, 2025** | Defendants Guidelines Memoranda due (35 pages each exclusive of exhibits) |
| **September 10, 2025** | Parties' 18 U.S.C. § 3553(a) Memoranda (20 pages each exclusive of exhibits)[1] |
| **September 17, 2025** | Parties witness statement including (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing. |

---

[1] Copies of all memoranda must be sent to the Probation Officer. Sentencing memoranda are not sealed documents. If the memoranda or attachments contain sensitive material, they should be filed under seal and accompanied by a motion to seal.

If the Government intends to seek restitution, the Government shall incorporate such request into its memoranda due September 10, 2025, along with supporting documentation. Failure to provide the restitution information or an explanation for why the restitution information is not yet ascertainable by this date may result in an order to show cause why the information could not have been timely provided and may result in the Court denying or delaying restitution until after a hearing not to exceed 90 days after sentencing.

1

**September 24-26, 2025**       Sentencing hearing

Date: June 2, 2025                                   /S/
                                          _____
                                          Paula Xinis
                                          United States District Judge